# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
### GAINESVILLE DIVISION

**UNITED STATES OF AMERICA**

**v.**                                              **Case No.:   1:22cr24/AW/GRJ**

**PATRICK PARKER WALSH**

_____/

## NOTICE OF LIS PENDENS
## RE: FORFEITURE

**GRANTEE**:   **AIRSIGN GROUP, LLC, A FLORIDA LIMITED LIABILITY COMPANY**

TO:   ALL PERSONS WHO MAY CLAIM BY, THROUGH, OR UNDER THE DEFENDANT AND/OR GRANTEE any interest in the real property described hereunder.

NOTICE IS HEREBY GIVEN, pursuant to the provisions of F.S. § 48.23, as made applicable hereto by the provisions of Title 28 United States Code, Section 1964, that on August 29, 2022, an Information was returned by a Grand Jury sitting in the Northern District of Florida, Pensacola Division, charging the above defendant, with violations of Title 18, United States Code, Sections 1343, 1957 & 2. The Information, dated August 30, 2022, included a criminal forfeiture allegation forfeiting to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(2), all of the defendant's right, title, and interest in any property, real and personal, constituting and derived from proceeds traceable to such offenses, and

1

pursuant to Title 18, United States Code, Section 982(a)(1), all of the defendant's right, title, and interest in any property, real and personal, involved in such an offense and any property traceable to such property, which includes property, real and personal, constituting, and derived from, proceeds traceable to such offense, and involved in such an offense, and property traceable to such property.

As a result of the forfeiture count, proceedings have commenced against **real property located at 12 NW 5ᵗʰ Place, Williston, Levy County, Florida, titled in the name of Airsign Group, LLC, a Florida limited liability company, more particularly described as:**

> A Parcel in Section 31, Township 12 South, Range 19 East, Levy County, Florida, Parcel Identification # 04780-000-00, more particularly described as follows:
>
> All that part and portion of the Northeast 1/4 of the Southwest 1/4 of Section 31, Township 12 South, Range 19 East, Levy County, Florida, that lies West of the right of way of Seaboard Air Line Railroad Company's railroad and North of the centerline of a Limerock Road that intersects the West right of way line of State Road No. 5 at a point approximately 810 feet South of a Point 7.65 chains West of the Northeast corner of said Northeast 1/4 of the Southwest 1/4 and which Lime rock Road from said Point of Intersection runs thence West, excepting there from a strip of land 25 feet in width off the South end of said tract for road and street right of way purposes and also excepting a strip 25 feet in width from off the West end of the lands conveyed for road and street right of way purposes located in Lew County, Florida.
>
> Also Known As: That part of the Northeast 1/4 of the Southwest 1/4 of Section 31, Township 12 South, Range 19 East, Levy County, Florida, being known as the Martha White Foods, Inc., tract as per description

recorded in Official Record Book 291, Page 365, Public Records of Levy County, Florida, and being more particularly described as follows:

Commence at the intersection of the centerline of U.S. Highway No. 41 with the North line of said Southwest 1/4 of Section 31 for a Point of Reference; thence North 87 degrees 13 minutes 31 seconds West along said North line, a distance of 835.22 feet to the Northwest corner of said Northeast 1/4 of the Southwest 1/4 of Section 31; thence South 00 degrees 39 minutes 59 seconds West, along the West line of said Northeast 1/4 of the Southwest 1/4, a distance of 22.80 feet to a concrete monument at an intersection with the Southwesterly right of way line of the Seaboard Coast Line Railroad right of way (abandoned 200 foot right of way); thence South 44 degrees 08 minutes 37 seconds east, along said Southwesterly right of way line, a distance of 32.47 feet to a placed concrete monument (#4665) at an intersection with a line parallel with and 25 feet Easterly of said West line of the Northeast 1/4 of the Southwest 1/4 for the Point of Beginning; thence continue South 44 degrees 08 minutes 37 seconds East, along said Southwesterly right of way line, a distance of 501.52 feet to a placed concrete monument (#4465) at the beginning of a curve concave Southwesterly and having a radius of 2189.77 feet; thence Southeasterly along an arc of said curve, through a central angle of 15 degrees 22 minutes 02 seconds, an arc distance of 58732 feet to a placed concrete monument (#4465); thence South 83 degrees 22 minutes 59 seconds West, a distance of 712.63 feet to a placed concrete monument at an intersection with the aforementioned line lying 25 feet Easterly of said West line of the Northeast 1/4 of the Southwest 1/4; thence North 00 degrees 59 minutes 39 seconds East, along said line, a distance of 913.02 feet to the Point of Beginning.

A strip of land 100 feet in width being a portion of the Seaboard System Railroad, Inc., vacated right of way, lying in Section 31, Township 12 South, Range 19 East, City of Williston, Levy County, Florida and being more particularly described as follows:

The Westerly 100 feet of the Seaboard System Railroad, Inc., vacated right of way, being 200 feet in width, lying Northerly of an Easterly prolongation of the Southerly line of that certain Parcel described in

Official Record Book 574, Pages 844 and 845, of the Public Records of Levy County, Florida and lying Southerly and Easterly of a line which runs perpendicular to the centerline of said vacated right of way from the mast Northerly corner of the aforesaid tract described in Official Record Book 574, Pages 844 and 845, of the Public Records of Levy County, Florida.

LESS AND EXCEPT:

Parcel "A", Airsign Division: A part of lands described in Official Records Book 1264, Page 962, of the Public Records of Levy County, Florida; lying in in Southwest 1/4 of Section 31, Township 12 South, Range 19 East, Levy County, Florida; being more particularly described as follows: Commence at the Northwest corner of said Official Records Book 1264, Page 962, also being the Northwest corner of the Northeast 1/4 of said Southwest 1/4 and run thence South 00 degrees 45 minutes 54 seconds West, along the West line of said Official Records Book 1264, Page 962 and the West line of said Northeast 1/4 of the Southwest 1/4, a distance of 21.89 feet; thence South 44 degrees 33 minutes 59 seconds East, along the said West line of Official Records Book 1264, Page 962, a distance of 35.47 feet; thence South 00 degrees 14 minutes 30 seconds West, along said West line, a distance of 720.97 feet to the Point of Beginning of the herein described Parcel; thence continue South 00 degrees 14 minutes 30 seconds West, along said West line, a distance of 192.15 feet to the Southwest corner of said Official Records Book 1264, Page 962 and the North right of way line of N.W. 5th Place; thence North 82 degrees 58 minutes 02 seconds East, along said North right of way line, a distance of 483.51 feet; thence North 07 degrees 01 minutes 58 seconds West, a distance of 132.00 feet; thence North 60 degrees 08 minutes 32 seconds West, a distance of 97.62 feet; thence South 82 degrees 58 minutes 02 seconds West, a distance of 381.10 feet to the said Point of Beginning.

FURTHER NOTICE IS HEREBY GIVEN that the provisions of Title 21,

United States Code, Section 853(k) prohibit any claimant to the described property

from (1) intervening in the trial or appeal of the criminal case, or (2) commencing an action at law or equity against the United States concerning the validity of any alleged interest subsequent to the indictment, except as provided by the provisions of Title 21, United States Code, Section 853(n).

Dated this 31st day of August, 2022.

Respectfully submitted,

JASON R. COODY
United States Attorney

*/s/ Justin M. Keen*
JUSTIN M. KEEN
Assistant United States Attorney
Florida Bar Number: 021034
111 North Adams Street, 4th Floor
Tallahassee, FL 32301
Justin.Keen@usdoj.gov
(850) 942-8430