# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA GAINESVILLE DIVISION

**UNITED STATES OF AMERICA**

v.                      Case No.: 1:22cr24/AW-GRJ

**PATRICK PARKER WALSH**
_____/

## NOTICE OF LIS PENDENS
## RE: FORFEITURE

**GRANTEE**: PATRICK WALSH, individually and as Trustee of the LWF Farm Trust dated January 9, 2019

TO: ALL PERSONS WHO MAY CLAIM BY, THROUGH, OR UNDER THE DEFENDANT AND/OR GRANTEE any interest in the real property described hereunder.

NOTICE IS HEREBY GIVEN, pursuant to the provisions of F.S. § 48.23, as made applicable hereto by the provisions of Title 28 United States Code, Section 1964, that on August 30, 2022, an Information was returned by a Grand Jury sitting in the Northern District of Florida, Pensacola Division, charging the above defendant, with violations of Title 18, United States Code, Sections 1343, 1957 & 2. The Information, dated August 30, 2022, included a criminal forfeiture allegation forfeiting to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(2), all of the defendant's right, title, and interest in any property, real

1

and personal, constituting and derived from proceeds traceable to such offenses, and pursuant to Title 18, United States Code, Section 982(a)(1), all of the defendant's right, title, and interest in any property, real and personal, involved in such an offense and any property traceable to such property, which includes property, real and personal, constituting, and derived from, proceeds traceable to such offense, and involved in such an offense, and property traceable to such property.

As a result of the forfeiture count, proceedings have commenced against **real properties located at 17370 NE 75th Street, Williston, Levy County, Florida, titled in the name of PATRICK WALSH, individually and as Trustee of the LWF Farm Trust dated January 9, 2019, more particularly described as:**

1)     17370 NE 75th Street - Parcel 041230050A
       WILLISTON, FL32696

**Titled in: PATRICK WALSH, individually and as Trustee of the LWF Farm Trust dated January 19, 2019**

> **A part of lands described in Official Records Book 868, Page 27, of the Public Records of Levy County, Florida; lying in Section 23, within the Arredondo Grant, Township 12 South, Range 18 East, Levy County, Florida, being more particularly described as follows: Commence at the Northeast corner of said Section 23, within the Arredondo Grant, and run thence North 89 degrees 59 minutes 38 seconds West, along the North line of said Section, a distance of 3375.01 feet; thence South 00 degrees 12 minutes 57 seconds East, a distance of 50.00 feet to the South right-of-way line of Northeast 75th Street (also known as County Road No.**

335) and the Point-of-Beginning of the herein described Parcel; thence South 00 degrees 13 minutes 10 seconds East, a distance of 2470.45 feet to the Northeast corner of lands described in Official Records Book 1480, Page 268, said Public Records; thence North 89 degrees 59 minutes 03 seconds West, a distance of 660.00 feet to the Northwest corner of said Official Records Book 1480, Page 268; thence South 00 degrees 13 minutes 10 seconds East, a distance of 660.00 feet to the Southwest corner of Official Records Book 1480, Page 268; thence South 89 degrees 59 minutes 03 seconds East, a distance of 660.00 feet to the Southeast corner of Official Records Book 1480, Page 268; thence South 00 degrees 13 minutes 10 seconds East, a distance of 1359.27 feet to the South line of said Section 23; thence South 89 degrees 38 minutes 39 seconds West, along said South line, a distance of 1019.06 feet; thence North 00 degrees 13 minutes 10 seconds West, a distance of 2275.88 feet; thence South 89 degrees 59 minutes03 seconds East, a distance of 959.05 feet; thence North 00 degrees 13 minutes 10 seconds West, a distance of 2220.44 feet to the said South right-of-way line of Northeast 75th Street; thence South 89 degrees 59 minutes 38 seconds East, along said South right-of-way line, a distance of 60.02 feet to the said Point-of-Beginning.

SUBJECT TO: A 60-foot-wide ingress, egress and Public Utility Easement described as follows: A 60-foot-wide strip of land being a part of lands described in Official Records Book 831, Page 783, of the Public Records of Levy County, Florida; lying in Section 23, within the Arredondo Grant, Township 12 South, Range 18 East, Levy County, Florida, more particularly described as follows: Commence at the Northeast corner of said Section 23, within the Arredondo Grant, and run thence North 89 degrees 59 minutes 38 seconds West, along the North line of said Section, a distance of 3375.01 feet; thence South 00 degrees 12 minutes 57 seconds East, a distance of 50.00 feet to the South right-of-way line of Northeast 75th Street (also known as County Road No. 335) and the Point-of-Beginning of the herein described easement; thence South 00 degrees 13 minutes 10 seconds East, a

distance of 2280.46 feet; thence North 89 degrees 59 minutes 03 seconds West, a distance of 1019.06 feet; thence North 00 degrees 13 minutes 10 seconds West, a distance of 60.00 feet; thence South 89 degrees 59 minutes 03 seconds East, a distance of 959.05 feet; thence North 00 degrees 13 minutes 10 seconds West, a distance of 2220.44 feet to the said South right-of-way line of Northeast 75th Street; thence South 89 degrees 59 minutes 38 seconds East, along said South right-of-way line, a distance of 60.02 feet to the said Point-of-Beginning.

TAX ID: 041230050A

2) 17370 NE 75th Street
   WILLISTON, FL 32696
Titled in: LWF Farm Trust, Patrick Walsh, Trustee

A PARCEL OF LAND LYING IN SECTION 23, INSIDE THE ARREDONDO GRANT, TOWNSHIP 12 SOUTH, RANGE 18 EAST, LEVY COUNTY, FLORIDA; BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

FOR A POINT OF REFERENCE, COMMENCE AT THE NORTHEAST CORNER OF SAID SECTION 23, INSIDE THE ARREDONDO GRANT, AND RUN N 89 DEGREES 59 MINUTES 38 SECONDS W, ALONG THE NORTH LINE OF SAID SECTION 23, 3,375.01 FEET; THENCE S 00 DEGREES 12 MINUTES 57 SECONDS E 50.00 FEET TO THE SOUTH RIGHT-OF-WAY LINE OF N.E. 75TH STREET (AKA. COUNTY ROAD NO. 335); THENCE S 00 DEGREES 13 MINUTES 10 SECONDS E, 2,470.46 FEET TO THE POINT OF BEGINNING; THENCE CONTINUE S 00 DEGREES 13 MINUTES 10 SECONDS E, 660.00 FEET; THENCE N 89 DEGREES 59 MINUTES 03 SECONDS W, 660.00 FEET; THENCE N 00 DEGREES 13 MINUTES 10 SECONDS W, 660.00 FEET; THENCE S 89 DEGREES 59 MINUTES 03 SECONDS E, 660.00 FEET TO CLOSE ON THE POINT OF BEGINNING.

TOGETHER WITH AN EASEMENT FOR INGRESS, EGRESS AND PUBLIC UTILITIES AS DESCRIBED IN INSTRUMENT RECORDED IN O.R. BOOK 938, PAGE 44, PUBLIC RECORDS OF LEVY COUNTY, FLORIDA. (DESCRIBED AS THE WEST 60 FEET OF THE EAST 3,435 FEET OF SECTION 23, WITHIN THE ARREDONDO GRANT, TOWNSHIP 12 SOUTH, RANGE 18 EAST, LEVY COUNTY, FLORIDA, LESS THE NORTH 50 FEET LYING WITHIN THE RIGHT-OF-WAY FOR N.E. 75TH STREET (AKA COUNTY ROAD 335).

TAX ID: 0412300000

3) 17370 NE 75th Street
   WILLISTON, FL32696
Title in: Patrick Walsh, Trustee of the LWF Farm Trust dated January 9, 2019

PARCEL A

A part of lands described in Official Records Book 868, Page 27, of the Public Records of Levy County, Florida; Lying in Section 23, within the Arredondo Grant, Township 12 South, Range 18 East, Levy County, Florida, being more particularly described as follows: Commence at the Northeast corner of said Section 23, within the Arredondo Grant, and run thence North 89 degrees 59 minutes 38 seconds West, along the North line of said Section, a distance of 3375.01 feet; thence South 00 degrees 12 minutes 57 seconds East, a distance of 50.00 feet to the South right of way line of N.E. 75th Street (also known as County Road No. 335); thence North 89 degrees 59 minutes 38 seconds West, along said South right of way line, a distance of 60.02 feet; thence South 00 degrees 13 minutes 10 seconds East, a distance of 2220.44 feet; thence North 89 degrees 59 minutes 03 seconds West, a distance of 959.05 feet to the Point of Beginning of the herein described Parcel; thence continue North 89 degrees 59 minutes 03 seconds

West, a distance of 878.06 feet to the West line of said Section 23; thence South 00 degrees 03 minutes 33 seconds West, along said West Section line, a distance of 2281.63 feet to the Southwest corner of said Section 23; thence North 89 degrees 38 minutes 39 seconds East, along the South line of said Section, a distance of 889.15 feet; thence North 00 degrees 13 minutes 10 seconds West, a distance of 2275.88 feet to the said Point of Beginning. Together with a 60 foot wide ingress/egress and public utility easement described as follows:

A 60 foot wide strip of land being a part of lands described in Official Records Book 831, Page 783, of the Public Records of Levy County, Florida; lying in Section 23, within the Arredondo Grant, Township 12 South, Range 18 East, Levy County, Florida, more particularly described as follows: Commence at the Northeast corner of said Section 23, within the Arredondo Grant, and run thence North 89 degrees 59 minutes 38 seconds West, along the North line of said Section, a distance of 3375.01 feet; thence South 00 degrees 12 minutes 57 seconds East, a distance of 50.00 feet to the South right of way line of N.E. 75th Street (also known as County Road No. 335) and the Point of Beginning of the herein described easement; thence South 00 degrees 13 minutes 10 seconds East, a distance of 2280.46 feet; thence North 89 degrees 59 minutes 03 seconds West, a distance of 1019.06 feet; thence North 00 degrees 13 minutes 10 seconds West, a distance of 60.00 feet; thence South 89 degrees 59 minutes 03 seconds East, a distance of 959.05 feet; thence North 00 degrees 13 minutes 10 seconds West, a distance of 2220.44 feet to the said South right of way line of N.E. 75th Street; thence South 89 degrees 59 minutes 38 seconds East, along said South right of way line, a distance of 60.02 feet to the said Point of Beginning.

TAX ID:  0412300500

FURTHER NOTICE IS HEREBY GIVEN that the provisions of Title 21, United States Code, Section 853(k) prohibit any claimant to the described property from (1) intervening in the trial or appeal of the criminal case, or (2) commencing an action at law or equity against the United States concerning the validity of any alleged interest subsequent to the indictment, except as provided by the provisions of Title 21, United States Code, Section 853(n).

Dated this 31st day of August, 2022.

Respectfully submitted,

JASON R. COODY
United States Attorney

*/s/ Justin M. Keen*
JUSTIN M. KEEN
Assistant United States Attorney
Florida Bar Number: 021034
111 North Adams Street, 4th Floor
Tallahassee, FL 32301
Justin.Keen@usdoj.gov
(850) 942-8430