**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**UNITED STATES OF AMERICA**

v.     Case No.:   1:22cr24/AW/GRJ

**PATRICK PARKER WALSH**
_____/

**<u>NOTICE OF LIS PENDENS
RE: FORFEITURE</u>**

**GRANTEE**: **DBI SWEETHEART ISLAND, LLC, A FLORIDA LIMITED LIABILTY COMPANY**

TO:   ALL PERSONS WHO MAY CLAIM BY, THROUGH, OR UNDER THE DEFENDANT AND/OR GRANTEE any interest in the real property described hereunder.

NOTICE IS HEREBY GIVEN, pursuant to the provisions of F.S. § 48.23, as made applicable hereto by the provisions of Title 28 United States Code, Section 1964, that on August 30, 2022, an Information was returned by a Grand Jury sitting in the Northern District of Florida, Pensacola Division, charging the above defendant, with violations of Title 18, United States Code, Sections 1343, 1957 & 2. The Information, dated August 30, 2022, included a criminal forfeiture allegation forfeiting to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(2), all of the defendant's right, title, and interest in any property, real and personal, constituting and derived from proceeds traceable to such offenses, and

1

pursuant to Title 18, United States Code, Section 982(a)(1), all of the defendant's right, title, and interest in any property, real and personal, involved in such an offense and any property traceable to such property, which includes property, real and personal, constituting, and derived from, proceeds traceable to such offense, and involved in such an offense, and property traceable to such property.

As a result of the forfeiture count, proceedings have commenced against **real property located on YANKEETOWN ISLAND, Williston, Levy County, Florida, titled in the name of DBI Sweetheart Island, LLC, a Florida limited liability company, more particularly described as:**

> **LOTS 6 and 9 in Section 2, Township 17 South, Range 15 East, Levy County, Florida**
>
> **TAX ID: 229000000**

FURTHER NOTICE IS HEREBY GIVEN that the provisions of Title 21, United States Code, Section 853(k) prohibit any claimant to the described property from (1) intervening in the trial or appeal of the criminal case, or (2) commencing an action at law or equity against the United States concerning the validity of any alleged interest subsequent to the indictment, except as provided by the provisions of Title 21, United States Code, Section 853(n).

Dated this 31st day of August, 2022.

                Respectfully submitted,

                JASON R. COODY
                United States Attorney

                ***/s/ Justin M. Keen***
                JUSTIN M. KEEN
                Assistant United States Attorney
                Florida Bar Number: 021034
                111 North Adams Street, Fourth Floor
                Tallahassee, FL 32301
                Justin.Keen@usdoj.gov
                (850) 942-8430