**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**UNITED STATES OF AMERICA**

v.  Case No.: 1:22cr24/AW/GRJ

**PATRICK PARKER WALSH**

_____/

**NOTICE OF LIS PENDENS
RE: FORFEITURE**

**GRANTEE**: **SHILOH OIL COMPANY, LLC**

TO: ALL PERSONS WHO MAY CLAIM BY, THROUGH, OR UNDER THE DEFENDANT AND/OR GRANTEE any interest in the real property described hereunder.

NOTICE IS HEREBY GIVEN, pursuant to the provisions of F.S. § 48.23, as made applicable hereto by the provisions of Title 21, United States Code, Section 853, that on August 30, 2022, an Information was filed in the Northern District of Florida, Gainesville Division, charging the above defendant, with violations of Title 18, United States Code, Sections 1343, 1957 & 2. The Information, dated August 30, 2022, included a criminal forfeiture allegation forfeiting to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(2), all of the defendant's right, title, and interest in any property, real and personal, constituting and derived from proceeds traceable to such offenses, and pursuant to Title 18,

1

United States Code, Section 982(a)(1), all of the defendant's right, title, and interest in any property, real and personal, involved in such an offense and any property traceable to such property.

As a result of the forfeiture count, proceedings have commenced against **real property located at 7005 Hwy. 183, Cisco, Eastland County, Texas, also known by Eastland County Property Identification #16937, titled in the name of Shiloh Oil Company, LLC, more particularly described, in Eastland County Clerk Instrument #2020-3259, as:**

> **Being that certain tract or parcel of land of 2.625 acres, more or less, out of the Southeast-quarter (SE/4) of Section 65, Block 3, H. & T. C. Ry. Co. Survey, Abstract No. 249, in Eastland County, Texas, described by metes and bounds as follows:**
>
> **Beginning at an iron rod found in the East right of way of US Highway 183 for the Southwest corner of this described tract, also being in the Northwest corner of a 9 acre tract described in Volume 7, Page 317 of the Record of Public Survey, said point lying 862.65 feet North of, 876.00 feet South 71° 06' West of, 84.60 feet North 71° 31' West of and 600.00 feet North 34° 15' 30" West of the Southeast corner of said Section 65;**
>
> **Thence North 55° 06' 25" East, 287.46 feet to a 5/8" rebar set for the Southeast corner of this described tract;**
>
> **Thence North 34° 15' 30" West, 397.80 feet to a 5/8" rebar set for the Northeast former of this tract;**
>
> **Thence South 55° 06' 25" West, 287.46 feet to a 5/8" rebar set for the Northwest corner of this described tract;**

**Thence South 34° 15' 30" East, 397.80 feet to the Place of Beginning and containing 2.625 acres of land, more or less.**

FURTHER NOTICE IS HEREBY GIVEN that the provisions of Title 21, United States Code, Section 853(k) prohibit any claimant to the described property from (1) intervening in the trial or appeal of the criminal case, or (2) commencing an action at law or equity against the United States concerning the validity of any alleged interest subsequent to the indictment, except as provided by the provisions of Title 21, United States Code, Section 853(n).

Dated this 31st day of August, 2022.

Respectfully submitted,

JASON R. COODY
United States Attorney

*/s/ Justin M. Keen*
JUSTIN M. KEEN
Assistant United States Attorney
Florida Bar Number: 021034
111 North Adams Street, 4th Floor
Tallahassee, FL 32301
Justin.Keen@usdoj.gov
(850) 942-8430