<div style="float:right; border:1px solid black; padding:10px;">**EXHIBIT A**</div>

Judge Allen Winsor
U.S District Court
Norther District of Florida
111 N. Adams Street
Tallahassee, FL 32301

January 27th, 2023

   I am writing you on behalf of my husband, Patrick Walsh. We have been married for 19 years and known each other since teenagers. All I've ever known from Patrick is love, kindness, thoughtfulness, and compassion for other people. Over the many years of being married, one of the things he constantly thinks about is others. I know in the past with our companies throughout the years, he has hired people just because he wanted to try to give them a start at life, or because he wanted to try to give them a good job, because they didn't like their old job, etc. etc. This is the type of person he is. He's gone out of his way to help others, even when we didn't have it to give, or have it in us to really be able to help, he's always been the one pushing us to try to do better for others. These passions have all motivated me, even when I haven't felt that way towards others.

Patrick is a great dad and loves his children.  He goes out of the way to make them feel special and is very much a hands-on dad. He puts me and the kids first, and his place in our home is very much valued and loved. I honestly would not choose to have this many children, if it wasn't for the love and support he gives, helping with the load, and all that comes with having this many kiddos. He will come home at the end of a long day and encourage me to relax while he tries to take over the household duties. This is his way; this is always who he's been.

As a husband to me, I can't imagine life without him by my side. We talk and text all day long, and it's never unusual for me to get a text from him saying, what would you like for lunch? What can I bring you home really quick? Most of the times my response is just a polar pop of my favorite soda, or a gallon of milk, as we seem to always be running out! He's my best friend, and I need him here for the kids and I. Please consider these words in your decision on Tuesday.

Hannah Walsh

*[signature: Hannah Walsh]*

Judge Allen Winsor

U.S District Court

Norther District of Florida

111 N. Adams Street

Tallahassee, FL 32301

January 27th, 2023

My Dad has always been the type of person to be selfless, and always putting other people first in any situation, but most of all always making sure his family comes first. I've seen that carry on into the workplace. My dad has always been a great example for me of what a proper leader should be, and he has always treated his employees with respect and decency, no matter the circumstances.

Sincerely, *Adrian Walsh*

Adrian Walsh, son of Patrick Walsh.

Judge Allen Winsor

U.S District Court

Norther District of Florida

111 N. Adams Street

Tallahassee, FL 32301

January 27th, 2023

Dear Judge,

My dad is a kind loving father and loves all his children very much. I hope you see that in him.

*Brandon Walsh*
Brandon Walsh

Age 15

Judge Allen Winsor

U.S District Court

Norther District of Florida

111 N. Adams Street

Tallahassee, FL 32301

January 27th, 2023

Dear Judge,

Throughout my whole life, I've noticed that my dad puts everyone before himself. He has a great personality. He is passionate about his work and will do anything for his family.

*Hannah-lynn Walsh* (signature)

Hannah-lynn Walsh

Age 14

<div style="text-align:center">
Antioch Baptist Church
3612 NW 177th Ave.
Gainesville, FL 32609
386-462-2768
</div>

December 1, 2022

Honorable Judge Wilson,

My name is Daniel Kendall, and I am the Pastor of Antioch Baptist Church in Gainesville, FL. I am writing you in reference to Patrick Walsh. For several years now, he has been a member of my church. Over those few years, we have become good friends, and I have learned much about who he is as a person. From the beginning, Patrick's number one concern as it related to the church was his family. He wanted to ensure that it was a good place for his wife and children to be involved. That has been something that has continued to be evident; Patrick is very concerned for the well-being of his family. This concern is why he takes his kids with him on business trips with him. He sometimes will take his whole family with him on extended business trips so that he can be a physically present father.

Patrick has also demonstrated a generosity to others. He has employed many people who have been in financial need. He has graciously helped them get on their feet and established. I have known him to be a generous man who is concerned about the welfare of others, and I have seen this concern drive him to take action to help.

As it relates to the current legal matter, I would like to share what I have seen from a spiritual perspective. You and I deal in separate but complimentary realms, the legal and the spiritual. We both are faced with people who are sinners of the worst kind and who are trying to convince us that they are not as guilty as we know them to be. I have no legal training, but I do have extensive training and experience in dealing with people on the spiritual side.

In Christianity, repentance is one of the most basic requirements God has for man. Repentance is seen as an acknowledgment that one has done wrong, a sorrow for the wrong committed, and a turning from that wrong in order to never do it again. As you can imagine, many people proclaim repentance who in fact are not. In the close to two decades that I have been in the ministry I have seen many people claim repentance. However, most of them are sorry they got caught and if given the opportunity would reoffend immediately. So how do you know who is truly repentant?

There are several things that I look for as a pastor. First, do they come to me out of conviction that they have done wrong or concern that they got caught? Second, do they take responsibility for what they have done or do they make excuses or deflect blame? Third, do they see the full weight of what they have done and its effect on others or do they minimize their actions? Fourth, how determined are they to make restitution or do they not see it as required? Fifth, does their repentance grow or diminish? Do they see more and more the weight of their sins? Do the excuses become more numerous or fewer? Do they shift further away from what the sin has done to them to what it has done to others? These are the things that I look for as a pastor.

As a pastor, I take pastoral confidentiality seriously. I do not disclose the information that is confessed to me without the person's consent. The fact that Patrick has asked me to speak to you about these confidential conversations speaks volumes to me about his sincerity. He has asked me to do so unequivocally with no requests for me to withhold information or run it by him first.

A while back Patrick and I went out to lunch. While out to lunch he asked me to keep the next part of our conversation in confidence. He then expressed that he was being investigated for fraud as it related to PPP

loans. As I listened, I began to look for the answers to the above questions concerning repentance. At this time, the investigation had only begun, and Patrick had no idea how it would play out. He was not trying to "get a head of the story" because at the time he did not think that it would ever become the scandal it has become. He was genuinely concerned because he knew he had done wrong. He made that unequivocally clear. He took full responsibility for his actions from the beginning of the conversation. His concern was immediately not on what this would do to him or his business. He was concerned about the stress it would place upon others. What about his wife? What about his kids? How would this affect those he employed? As the conversation continued, he stressed repeatedly that he wanted to free himself from all financial obligations to the government as quickly as possible.

Over the next few months, we had many more conversations concerning this matter. Over the course of those conversations his story changed, but it changed in the way that it should. The words he used to describe what he had done became more weighty. All excuses, words, or ideas that could be used to diminish his actions began to disappear. His frustrations centered more and more on himself. He wrestled with "Why did I do this when I knew better?" He wrestled with "What do I need to do to ensure that I never do this again?" This is the way the conversations continued to drift. Simply put he appeared to be growing in repentance.

When the media first published articles, he knew that there were inaccuracies in what was reported, but instead of anger towards the media, his frustration was directed far more at himself. His concern was not his reputation. His concern was for his family and those affected by his actions. When the elders of our church asked how we could minister to him, he simply asked for people to reach out to and support his wife. He asked for nothing for himself.

In these subsequent conversations his resolve to pay back the government was repeatedly brought up. There was a drive to ensure that this never happened again. There was tremendous amount of introspection. This resulted in many more conversation with others. As others had conversations with Patrick, I was encouraged that there was no discrepancy in what he was telling me and what he was telling others.

When Patrick asked me to write to you, he gave me no guidelines or requests. He simply wanted me to tell you what I saw as his pastor. Only God knows the true state of any man's heart, but from my perspective, Patrick appears to be genuinely repentant. I do not know what that means for you in your God appointed role as judge, but for me as a pastor I hold to "Whoever conceals his transgressions will not prosper, but he who confesses and forsakes them will find mercy." (Proverbs 28:13) I would encourage you to not take my word for it as his pastor, friend, and confidant. Ask him for yourself.

I do not envy you in the job that you have. I will be praying for you as you make your decisions. May God grant you wisdom to do what is perfectly just, merciful, and right. If you have further questions, please feel free to reach out to me.

Sincerely,

*Rev. Daniel Kendall*

Rev. Daniel Kendall

Judge Allen Windsor
U.S District Court
Northern District Of Florida
111 N. Adams Street
Tallahassee, FL 32301

Patrick Walsh is a man of many talents.
In the past three years I have had the privilege of working for him, going to church with him, and just being friends.

Patrick has been a wonderful boss!
He pays well and raised my pay without me asking for it!

Patrick is a giver, if I need something he has, he will always let me use it, and when I ask to rent something from him, he tells me to just use it, and he does that for many others too!

Patrick is a forgiving man!
I have broken things when working for him and he has not charged me. His tractor broke when I was borrowing it and he still didn't let me pay to fix it.
There have been things that have gone wrong on the job, and decisions that I made, that have cost him time and money, but he has always given grace!

Patrick is a merciful man!
He is merciful to his employees and has given grace to many even when he could of fired them.

Patrick is a Christian and desires to follow God.
He is willing to be confronted and takes it well.
I have come to him as a younger man, and even as his employee, with concerns, and he has accepted it with humility.
He takes responsibility for his faults.

Patrick is a loving husband and father!
I have never heard Hannah his wife, or any of his children, speak bad about him, and he has 11 children. They all seem to love him!

Patrick said in short, that he did wrong in the numbers he wrote down for the loan he received for his business, and that he wants to make it right.

I am praying that God will guide you as our judge to make the right judgement!
Thank you for serving our country!

Michael J Siefka
Phone 2316135779
Address 8771 NE 107th Ct, Bronson, FL 32621

*Michael J Siefka*

1-26-2023

Keith Maynard
P.O. Box 217
Gulf Hammock, Fl. 32639
352-535-5594
Wkmaynard@aol.com
Re: Patrick Walsh

November 8, 2022

To Whom it may concern:

    My name is Keith Maynard, president of a 501C3, non-profit organization called the Gulf Hammock Wild Hog Canoe Race. We hold an annual canoe race to raise money for the mentally handicapped. Throughout the year we also hold yard sales for the same cause.

    I have known Patrick Walsh for 26 years. I first met him and his family when they started attending our church when he was about 15-16 years old. During this time I have found Patrick to be very trustworthy & honest. I have trusted him and considered him a great friend. During the time that i have known him he has been a great friend, brother in Christ who has dealt with me honestly. Patrick is a man with a huge heart!! He has been a huge blessing to me AND our organization. Patrick & his family have always volunteered to help us put on the Wild Hog Canoe Race each and every year for the past 11 years. Always willing to help in any way needed. He has donated his time and money to help make the event a big success, even participating in the race itself with his children. Patrick is a good family man!!

    Patrick owns an aerial advertising business and blimp business in Williston fl. There are 3 warehouses on the property. He has let us use one of the warehouses to store donated items and put on our yard sales for about 9 years and never once asked for any rent. It was free of charge. He could have rented his building out and/or wrote this off as a loss. But he didn't.
 If you have any other questions feel free to contact me.

Yours sincerely,
Keith Maynard

*Keith Maynard*

Judge Allen Winsor
U.S. District Court
Northern District of Florida
111 N. Adams Street
Tallahassee, Fl. 32301

                          Character Reference for Patrick Walsh          01/23/2023

Judge Winsor,

My name is Greg Jacobs. I am writing to you regarding Patrick Walsh who is to appear before your court January 31, 2023. I've worked for Patrick just short of 5 years now. During that time, I've come to know Patrick as a mindful employer, as well as a kind, loving husband and father. I feel blessed for the opportunity to work with him for many reasons.

Patrick's devotion to his church and to the local community is inspiring. So much so that I have gotten involved with him regarding an annual fund-raising event that benefits the Levy Association for Retarded Citizens here in Levy County. The canoe race that they are a part of has been around for more than 4 decades, but with Patrick and a few other friends' efforts, the event has grown exponentially over the past 10 years. His compassion for others who are less fortunate than himself is something I believe runs deep with Patrick.

Full well knowing that there is much more that could be said regarding Patrick's personality/moral traits. I feel a need to address what I would consider one of his strongest. That is his love and obligation to family. As if 11 children weren't too much to watch over, Patrick and Hannah, for that matter, welcome us, as employees, into the fold. He has this sense of obligation to each of us to be sure that he is taking care of us as well. Whether it is through our payroll or needing time off for personal matters, he is sure to be there for us like he would for this own. In the 66 years that God has allowed me to be on this earth, I've had the opportunity to work for a few different employers. None that I experienced are anything like Patrick Walsh. My only regard is that I didn't have the chance to work for him earlier in my working career.

In closing Your Honor and fully understanding the power you yield, I hope you truly consider my reference letter when determining the outcome of this case as it comes before you. Thank you, sir, for taking the time to learn more about Patrick. I am available to confirm the facts in this letter by phone or by email.

*/s/ Jacobs*

Greg Jacobs

greg@shilohoil.com

352-353-4799

Joel Martin Herron Sr.
9051 NE 137th Court
Williston Florida 32696

January 05, 2023

Re: Patrick Walsh

To: The Honorable Judge Allen Windsor

I have known Patrick Walsh as a good friend for over 20 years. I am currently a public servant and continue to serve my country in the United States Coast Guard Reserves. I was both troubled and surprised to hear about his recent case as he has always been a solid person. It is for this reason I am happy to write a letter of reference for Patrick Walsh regarding this matter.

I hope that you allow Patrick the opportunity to continue to abide with paying this monetary payment back while being there for his beautiful family. He is the provider for his family and has a son with a rare heart condition and expectancy life is shortened, but Patrick's love and support to Brandon (his son), takes a load off his wife (Hannah) with supplying all needs for him to have a chance at life. He is also a devoted Father to all his children and loving Husband to his wife. This has had an impact on all of his family, but they are witnessing him do the right thing and take responsibility by making it right.

Patrick is incredibly remorseful and is willing to do whatever it takes to make reparations, financially and emotionally but to do that he needs you to recognize his remorsefulness and give him a chance to make things right.

I want to thank you for considering and reading this statement and I truly believe he will abide by all orders of making things right.

Thanks,


Joel Martin Herron Sr.
352-300-2596

Thomas E. Oakes
729 NW 7th Blvd.
Williston, FL 32696

Judge Allen Winsor
US District Court
Northern District of Florida
111 N. Adams Street
Tallahassee, FL32301-7730

Subject: Character reference for Patrick Walsh.	January 11, 2023

Judge Winsor:

My involvement with Patrick Walsh and Airsign started approximately five years ago where I began as a salesman selling Aerial Advertising this lasted about two years up to the Airship acquisition. It was about this time I became more of a consultant and communicated with government agencies and economic development councils to determine future needs. We were also involved at this time in assisting in the relocation of LTA (Lighter Than Air) Google's new large lift airship development company in building a facility at the Williston Airport. LTA ultimately decided to move to Goodyear's former facility in Akron, Ohio, and discussions are ongoing on locating LTA airships in Williston for emergency services in the southeast storm track areas.

The project which by far is the most impressive is the development of the LED Airship, it's a large bright LED screen mounted on our airship and was engineered by Plannar Industries. The marketing plan was to keep the LED Airship in Williston in its hanger and fly to three major markets: Orlando, Tampa and Jacksonville. The LED Airship will fly around the various markets displaying signage, video clips and logos on a preprogramed loop.

We anticipate the future growth of the LED Airship to be potentially explosive and want to expand to other markets such as Los Angeles, Las Vegas and New York to give advertisers the opportunity to expand their reach. Additionally, we plan on having a pilot training center at the Williston airport to fulfill the company's needs for future pilots.

Now to bring this full circle, if it had not been for Patrick Walsh's calm demeanor and dedication to achieving great things none of this could be possible. We look forward to a positive and prosperous future!

Thank you:

Thomas E. Oakes