

**Wyoming Secretary of State**
Herschler Building East, Suite 101
122 W 25th Street
Cheyenne, WY 82002-0020
Ph. 307.777.7311
Email: Business@wyo.gov

**WY Secretary of State**
**FILED: 11/30/2022 03:53 PM**
**Original ID: 2020-000925573**
**Amendment ID: 2022-003929006**

# Profit Corporation
## Articles of Incorporation

1. Corporation name:

Shiloh Oil

2. This entity elects to be a statutory close corporation: ☐
*(You may refer to the Close Statutory Close Corporation Supplement for more information W.S. 17-17-101 through 17-17-151.)*

3. Name and physical address of its registered agent:
*(The registered agent may be an individual resident in Wyoming or a domestic or foreign business entity authorized to transact business in Wyoming. The registered agent **must** have a physical address in Wyoming. If the registered office includes a suite number, it must be included in the registered office address. A Drop Box is not acceptable. A PO Box is acceptable if listed in addition to a physical address.)*

Name: 307 Registered Agent Services LLC

Address: 204 E 22nd St, Cheyenne, WY 82001

*(If mail is received at a Post Office Box, please list above in addition to the physical address.)*

4. Mailing address of the corporation:

5830 E 2nd St, Ste. 7000 # 1820 Casper, WY 82609

5. Principal office address:

5830 E 2nd St, Ste. 7000 # 1820 Casper, WY 82609

6. Number and class of shares the corporation will have the authority to issue:

1000 Shares, classified as "General" or "Class A" Shares

P-ArticlesIncorporation - Revised June 2021



7. Name and address of each incorporator:

| Name: | Address: |
|---|---|
| The Walsh International & Irrevocable Family Trust Indenture | 5830 E 2nd St, Ste. 7000 # 1820 Casper, WY 82609 |
| | |
| | |

8. Certification. *(Please check the box to complete the required certification.)*

[✓] I consent on behalf of the business entity to accept electronic service of process at the required email address provided on the form under the circumstances specified in W.S. 17-28-104(e).

9. Execution *(all incorporators must sign)*:

Signature: _____

Print Name: *CEO* of the Walsh International & Irrevocable Family Trust Indenture

Date: 06/02/2022 *(mm/dd/yyyy)*

Signature: _____

Print Name: _____

Date: _____ *(mm/dd/yyyy)*

Signature: _____

Print Name: _____

Date: _____ *(mm/dd/yyyy)*

Contact Person: *CEO* of the Walsh International & Irrevocable Family Trust Indenture

Daytime Phone Number: 704-408-1733

Email: Patrick@Shilohoil.com

*(An email address is required. Email(s) provided will receive important reminders, notices and filing evidence.)*

P-ArticlesIncorporation – Revised June 2021



Secretary of State

**Wyoming Secretary of State**

Herschler Bldg East, Ste.100 & 101

Cheyenne, WY 82002-0020
Ph. 307-777-7311

## Consent to Appointment by Registered Agent

**307 Registered Agent Services, LLC**, whose registered office is located at **204 E 22nd St, Cheyenne, WY 82001**, voluntarily consented to serve as the registered agent for **Shiloh Oil** and has certified they are in compliance with the requirements of W.S. 17-28-101 through W.S. 17-28-111.

I have obtained a signed and dated statement by the registered agent in which they voluntarily consent to appointment for this entity.

Signature:   *Matthew A Walker*                Date:  **11/18/2022**

Print Name:   **Matthew A Walker**

Title:   **Attorney**

Email:   **Matthew@olsenlegalgroup.com**

Daytime Phone #:   **(307) 414-8385**



Wyoming Secretary of State
Herschler Building East, Suite 101
122 W 25th Street
Cheyenne, WY 82002-0020
Ph. 307.777.7311
Email: Business@wyo.gov

## Statement of Conversion

1. Shiloh Oil is an LLC converted to a Corporation.

2. The former name of Shiloh Oil was SHILOH OIL COMPANY LLC.

3. SHILOH OIL COMPANY LLC was formed on June 25, 2020, as a Wyoming Limited Liability Company.

4. By unanimous vote, the sole Member of SHILOH OIL COMPANY LLC approved the conversion of the LLC to a Corporation.

# MEETING MINUTES

### from

# THE CONVERSION MEETING

### of

# SHILOH OIL COMPANY LLC

The Convertor, MATTHEW A. WALKER of OLSEN LEGAL GROUP LLC and the authorized representative of the Member, the Trustee of THE WALSH INTERNATIONAL & IRREVOCABLE FAMILY TRUST INDENTURE met by agreement on **June 1, 2022**, for the purpose of converting SHILOH OIL COMPANY LLC into SHILOH OIL, a for-profit corporation.

Borne of this meeting were the following *Resolutions*, which were unanimously adopted:

## RESOLUTION 1: Indemnification of Convertor

**BE IT RESOLVED,** The Convertor of the LLC, MATTHEW A. WALKER of OLSEN LEGAL GROUP, has acted at the instruction of the Initial Members of the LLC, and the LLC ratifies all actions taken and completed by MATTHEW A. WALKER, and in consideration of his services as Convertor to the LLC, the LLC hereby agrees to indemnify and save him harmless for all actions taken by him as Convertor of the LLC.

## RESOLUTION 2: Resolution to Convert LLC

**BE IT RESOLVED**, that the LLC shall be converted into a Profit Corporation pursuant to Wyo. Stat. Ann. § 17-29-1009 & 17-26-101. The Convertor shall file the Statement of Conversion as presented at this meeting. The name of the new Corporation shall be Shiloh Oil.

## RESOLUTION 3: Adoption of Bylaws

**BE IT RESOLVED,** that TRUSTEE OF THE WALSH INTERNATIONAL & IRREVOCABLE FAMILY TRUST INDENTURE, as the Sole Member of the LLC, confirms and approves the adoption of the Bylaws as presented at the meeting.

*Meeting Minutes of Conversion Meeting of Shiloh Oil Company LLC*
OLSEN LEGAL GROUP, LLC
204 East 22nd Street
Cheyenne, WY 82001

Page 1 of 2

**RESOLUTION 4: Conversion of Membership Interest in the LLC**

BE IT RESOLVED that THE WALSH INTERNATIONAL & IRREVOCABLE FAMILY TRUST INDENTURE 100% Membership Interest in the LLC shall be converted to 1000 Shares of the new Corporation Shiloh Oil.

There being no further business for the good of the LLC, the meeting was unanimously adjourned.

WHEREFORE, the undersigned, the Convertor and the Member of SHILOH OIL COMPANY LLC, hereby waive all notice of this Conversion Meeting and consent to all action taken at this meeting as shown in these *Minutes from the Conversion Meeting*.

_____
MATTHEW A. WALKER, Convertor
Olsen Legal Group
204 East 22nd Street
Cheyenne, WY 82001

_____
MR. LUIS J. EK FOR THE GEORGETOWN TRUST LTD, TRUSTEE OF THE WALSH INTERNATIONAL & IRREVOCABLE FAMILY TRUST INDENTURE
Member

*Meeting Minutes of Conversion Meeting of Shiloh Oil Company LLC*
OLSEN LEGAL GROUP, LLC
204 East 22nd Street
Cheyenne, WY 82001

Page 2 of 2

# STATE OF WYOMING
## Office of the Secretary of State

I, KARL ALLRED, Secretary of State of the State of Wyoming, do hereby certify that the filing requirements for the issuance of this certificate have been fulfilled.

### CERTIFICATE OF CONVERSION

**SHILOH OIL COMPANY LLC** converted from a **Wyoming Limited Liability Company** to **Shiloh Oil** a **Wyoming Profit Corporation**

I have affixed hereto the Great Seal of the State of Wyoming and duly executed this official certificate at Cheyenne, Wyoming on this **30th** day of **November, 2022**



Filed Date: 11/30/2022

Secretary of State

By:_____ Nicole Martinez _____

**Eastland County**
**Cathy Jentho**
**County Clerk**
**Eastland, TX 76448**

---

**Instrument Number:** 2022-003690

**As**

Recorded On: 11/16/2022 03:00 PM      **Recordings**

**Document Type:** WARRANTY DEED                    Number of Pages: 5 Pages

(Parties listed above are for Clerks reference only)

**\*\*Examined and Charged as Follows:\*\***

**Total Recording:** 38.00

**File Information:**
    Document Number: 2022-003690                    Registered _____
    Receipt Number: 128692                          Scanned _____
    Recorded Date/Time: 11/16/2022 03:00 PM          Indexed _____

      Recorded By: Simplifile

---

**\*\*\*\*\*\*\*DO NOT REMOVE. THIS PAGE IS PART OF THE INSTRUMENT\*\*\*\*\*\*\***

Any provision herein, which restricts the Sale, Rental, or use of the described REAL PROPERTY
because of color or race is invalid and unenforceable under federal law.

I hereby certify that this instrument was filed on the date and time stamped herein and
was duly recorded in the Official Public Records of Eastland County, Texas

*Cathy Jentho*

Cathy Jentho
Eastland County Clerk

---

Record and Return To:

FIRST AMERICAN TITLE
INSURANCE COMPANY
1100 SUPERIOR AVENUE, SUITE20
CLEVELAND, OH 44114



GOVERNMENT
EXHIBIT
12

NOTICE OF CONFIDENTIALITY RIGHTS: IF YOU ARE A NATURAL PERSON, YOU MAY REMOVE OR STRIKE ANY OR ALL OF THE FOLLOWING INFORMATION FROM ANY INSTRUMENT THAT TRANSFERS AN INTEREST IN REAL PROPERTY BEFORE IT IS FILED FOR RECORD IN THE PUBLIC RECORDS:  YOUR SOCIAL SECURITY NUMBER OR YOUR DRIVER'S LICENSE NUMBER.

GENERAL WARRANTY DEED

Date: November 14th, 2022

**GRANTOR:**   **Shiloh Oil Company LLC**, a Wyoming limited liability company
12 NW 5th Place
Williston, Florida 32696

**GRANTEE:**   **AEP Texas Inc.**, a Delaware corporation
1 Riverside Plaza
Columbus, Ohio 43215

**CONSIDERATION:** Cash and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged.

**PROPERTY:** The surface only of a **2.625 acre** tract of land, situated in the southeast quarter (SE/4) of Section 65, Block 3, H. & T. C. Ry. Co. Survey, Abstract No. 249, in Eastland County, Texas, described in a deed to Shiloh Oil Company, LLC, recorded in Instrument No. 2020-003259 of the Official Public Records of Eastland County, Texas (O.P.R.E.C.T.), being more particularly described and depicted in the attached **Exhibit A**, made a part hereof.

**RESERVATIONS:  None**

**EXCEPTIONS TO CONVEYANCE:**

1.      Standby fees, taxes, and assessments by any taxing authority for current and subsequent years, and subsequent taxes and assessments by any taxing authority for prior years due to change in land usage or ownership, but not those taxes or assessments for prior years because of improvements not assessed for a previous owner of the property under Section 11.13, Texas Tax Code, or because of improvements not assessed for a previous tax year.

2.      All existing public highways and streets, easements, covenants, conditions, restrictions and reservations of record, if any; all zoning and other governmental regulations and restrictions; and non-delinquent real estate taxes and assessments.

Warranty Deed
Project Name: AEP Cisco Service Ctr | Shiloh Oil to AEP Texas | WO# W003570401 | Eastland County, Texas

**CONVEYANCE:** Grantor, for the Consideration and subject to the Reservations and Exceptions to Conveyance and Warranty, GRANTS, SELLS and CONVEYS to Grantee the Property, together with all and singular the rights and appurtenances thereto in any way belonging, to have and to hold it to Grantee and Grantee's heirs, successors, and assigns forever. Grantor binds Grantor and Grantor's heirs and successors to warrant and forever defend all and singular the Property to Grantee and Grantee's heirs, successors, and assigns against every person whomsoever lawfully claiming or to claim the same or any part thereof, except as to the Reservations from Conveyance and the Exceptions to Conveyance and Warranty.

When the context requires, singular nouns and pronouns include the plural.

**GRANTOR:**
**Shiloh Oil Company LLC**

By: _____

Name: Patrick Walsh

Title: Managing Member
Authorized Signer

STATE OF Texas §
                        §
COUNTY OF Taylor §

    This instrument was acknowledged before me on November 14, 2022 by Patrick Walsh, as Managing Member and authorized signer for Shiloh Oil Company, LLC, Grantor.

_____
Notary Public, State of Texas
My commission expires: 5/7/2026

> **JOHNATHON MORROW**
> Notary ID #131557698
> My Commission Expires
> May 7, 2026

AFTER RECORDING RETURN TO:
AEP Texas Inc.
Attn: Cindy Buckbee
1 Riverside Plaza, 16th Floor
Columbus, Ohio 43215.

Warranty Deed
Project Name: AEP Cisco Service Ctr | Shiloh Oil to AEP Texas | WO# W003570401 | Eastland County, Texas

UNOFFICIAL COPY

AEP Real Estate 2.625 Acre Cisco
TTL Proposal No. 22-09-03025.00

November 9, 2022
Page 1 of 2

## EXHIBIT A

### METES AND BOUNDS DESCRIPTION

Being a called 2.625 ACRE tract of land, situated in the southeast quarter (SE/4) of Section 65, Block 3, H. & T. C. Ry. Co. Survey, Abstract No. 249, in Eastland County, Texas, described in a deed to Shiloh Oil Company, LLC, recorded in Instrument No. 2020-003259 of the Official Public Records of Eastland County, Texas (O.P.R.E.C.T.), being more particularly described by metes and bounds as follows;

Beginning at a 5/8 inch iron rod found (North 6,810,282.46 East 1,825,855.20) in the northerly right-of-way (ROW) of US Highway 183 as described in Volume 583, Page 248 D.R.E.C.T., being the Westerly corner of this tract, and being a southerly corner of the remainder of a called 91.807 acre tract described in deed to Johnie H. Nichols, recorded volume 555, page 541 of the D.R.E.C.T.;

Thence with the northerly line of the said 2.625 acre tract and a southerly of the said 91.807 acre tract North 56° 55' 49" East (called North 55° 06' 25" West) a distance of 287.30 feet (287.46 feet) to a corner post of a 6 foot metal fence for the northerly corner of this tract, and a southerly corner of the said 91.807 acre tract;

Thence with the easterly line of the said 2.625 acre tract and a westerly line of the said 91.807 acre tract South 32° 26' 06" East (called South 34° 15' 30" East) a distance of 397.80 feet to the northerly line of called 10 acre tract described in deed to Dennis Stegemoeller as recorded in Volume 1859, Page 300, being the easterly corner of this tract;

Thence with the northerly line of said 10 acre tract and the southerly line of the said 2.625 acre tract, South 56° 55' 49" West (called South 55° 06' 25" West) a distance of 286.76 feet (287.46 feet) to the said northerly ROW line of US Highway 183 for the southern corner of this tract, also being the westerly corner of said 10 acre tract from which a 5/8 inch iron rod found bears South 56° 55' 49" West a distance 0.7 feet;

Thence with the said northerly ROW line of US Highway 183 North 32° 30' 44" West (North 34° 15' 30" West) a distance of 397.79 feet to the Point of Beginning containing 2.621 acres of land.

This project is referenced to the Texas Coordinate System, North American Datum of 1983 (NAD83 – 2011 adjustment), North Central Zone (4202) for all bearings, distances cited are based on ground. The coordinates cited hereon are grid and may be adjusted to surface using a Surface Adjustment Factor of 1.00013.

This property description was prepared from an on-the-ground survey preformed under my supervision and is accompanied by a separate Survey Plat Exhibit of even date. The field work was completed October 24, 2022.

Ray D. Weger
Registered Professional Land Surveyor
State of Texas No. 4711
Rev. 1 (Page Numbers & Exhibit A)



EXHIBIT "A"

BEARING NOTE: THIS PROJECT IS REFERENCED FOR ALL
BEARING AND COORDINATE BASIS TO THE TEXAS COORDINATE
SYSTEM, NORTH AMERICAN DATUM OF 1983
(NAD83 – 2011 ADJUSTMENT),
NORTH CENTRAL ZONE (4202).
THE COORDINATES SHOWN HEREON ARE GRID AND MAY BE
ADJUSTED TO SURFACE BY APPLYING THE SURFACE
ADJUSTMENT FACTOR OF 0.00013

THIS EXHIBIT REPRESENTS A BOUNDARY SURVEY
ONLY. NO VISIBLE EASEMENTS OR EASEMENTS OF RECORD
ARE DEPICTED HEREON.

Johnie H. Nichols
CALLED 91.807 Acres
VOL. 555, PG. 541
D.R.E.C.T.

(N55°06'25"E – 287.46')
N56° 55' 49"E – 287.30'

Southeast Quarter (SE/4)
Section 85, Block 3
H.&T.C. Ry Co. Survey
Abstract No. 249
Eastland County
Texas

2.621 ACRES

2.625 ACRES
DOC NO. 2020003259

Shiloh Oil Company LLC,
a Wyoming limited liability company

HIGHWAY 183
(165' RIGHT-OF-WAY)

(N34° 15' 30"W – 397.80')
N32° 30' 44"W–397.79'

S32° 26' 06"E – 397.80'
(S34° 15'30"E)

Johnie H. Nichols
CALLED 91.807 Acres
VOL. 555, PG. 541
D.R.E.C.T.

S56° 55' 49"W – 286.76'
(S55° 06' 25"W – 287.46')

Dennis L. Slegemoeller
CALLED 10 Acres
Vol. 1858, PG. 300
O.P.R.E.C.T.

LEGEND
●  –  DENOTES FOUND 5/8" IRON ROD
POB  –  PLACE OF BEGINNING
₵  –  PROPERTY LINES
R.O.W.  –  RIGHT-OF-WAY
O.P.R.E.C.T.  –  OFFICIAL PUBLIC RECORDS OF EASTLAND COUNTY, TEXAS
D.R.E.C.T.  –  DEED RECORDS OF EASTLAND COUNTY, TEXAS
(RECORD)  –  RECORD CALL TAKEN FROM VOLUME XXX,
PAGE XXX, D.R.E.C.

STATE OF TEXAS
REGISTERED
BAYD WEIGER
4711
PROFESSIONAL
LAND SURVEYOR

0    100'    200'
SCALE IN FEET
1"=100'

TTL

17215 Jones Maltsberger Road, Ste 101 | San Antonio, TX 78247
210.888.6100 | www.ttlus.com
TBPE Registration F-12022 |TBPG Registration 50458 |
TBPLS Registration 10194012

2.621 ACRE TRACT
AEP TEXAS INC.
H.&T.C. RY CO. SURVEY
ABSTRACT NO. 249
EASTLAND COUNTY, TEXAS

| Sheet Title | | |
|---|---|---|
| BOUNDARY SURVEY | | |
| No. | Date | Revision Description |
| 1 | 10/31/22 | Revised Sheet Number |

BOUNDARY SURVEY

| Drawn By: B.G. | Checked By: R.D.W. |
|---|---|
| Date: 10-28-22 | Proj No.: 320003025 |
| File Name: SV22003025-EX.dwg | |

SHEET 2 OF 2

UNOFFICIAL COPY

## Kerwin, Katherine (USAFLN)

| | |
|---|---|
| **From:** | Kerwin, Katherine (USAFLN) |
| **Sent:** | Sunday, January 29, 2023 8:36 PM |
| **To:** | Kerwin, Katherine (USAFLN) |
| **Subject:** | RE: Walsh |

**From:** Nicole Waid <nicole.waid@FisherBroyles.com>
**Sent:** Tuesday, January 24, 2023 3:11 PM
**To:** Keen, Justin (USAFLN) <JKeen2@usa.doj.gov>
**Cc:** David Lazarus <dlazarus@verrill-law.com>
**Subject:** [EXTERNAL] Walsh

Hi, Justin. We are going to ask the Court for an extension of time for self-surrender and wanted to get your position on the request. Patrick is continuing to sell his assets to pay off restitution. Specifically, he is working on the following transactions:

- 12 NW 5th Place Williston FL 32696
  - Asking price $3.9M
  - He received an offer and is currently reviewing it. Needs 120 days to close property and move out of location. This is a main business location. The full proceeds of this sale will provide $1.5M to $2.4M towards restitution
- Yankeetown Island
  - Listed for sale and reviewing offers through 1/30 then will take 60-90 days to close
- 8657 NE 150th Ave Williston, FL 32696
  - Flip House
    - He has been working to get this property ready for sale over the past 4 months and construction will be completed by February 15.th A realtor is involved and the property will be listed for $845,000.
    - Realtor believes he can expect to sell and close within 120 days.
    - This property will provide approximately $500,000 towards restitution
- 541 SE 1st Ave, Williston, FL 32696
  - Flip House
    - The construction on this house will be completed by March 30th
    - Realtor expects to sell and close on this property in 90 days.
    - This property will provide approximately $300,000 towards restitution
- Airship Sales
  - Working with multiple parties to sell the Airship assets of AirSign Airship Group and have identified the following possible deals:
    - A-170 Airship for $1.5M to Straight-line Aviation
    - Skyship Services Inc. is considering the purchase of:
      - A60 SN18 Airship for $750,000
      - A150 Airship for $950,000
      - Airship Parts and equipment for $500,000
      - Total Package purchase: $2,150,000
      - This package will take 90-120 days to complete and full proceeds will be sent to DOJ

Given the active transactions (and with the intent of providing full restitution), we will be requesting 120 days to complete the above items and self-surrender. Does the government have a position?

**GOVERNMENT EXHIBIT**

13

We also would not oppose, and may request, an extension of the sentencing date so Mr. Walsh can complete these sales prior to sentencing and continue to provide cooperation to the government. There is a lot of information to sort through in terms of his assistance and a brief continuance may be helpful. I just provided some documents to the government but there are many more communications, spreadsheets, etc. that need to be reviewed. Mr. Walsh is trying to organize all the information but there is a sense of being rushed due to the time crunch. I'd propose meeting on the 31st in Gainesville to review some of these things in person and continuing the sentencing hearing to a later date. Let me know your thoughts.

Thanks,

Nicole


**Nicole Hughes Waid**
Partner

---

**FisherBroyles, LLP**
direct: 202.906.9572
nicole.waid@fisherbroyles.com
www.fisherbroyles.com

Atlanta | Austin | Boston | Charlotte | Chicago | Cincinnati | Cleveland | Columbus | Dallas | Denver | Detroit | Houston | London | Los Angeles | Miami | Naples | New York | Palo Alto | Philadelphia | Princeton | Salt Lake City | Seattle | Washington, DC

The information contained in this e-mail message is only for the personal and confidential use of the intended recipient(s). If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.



United States Department of Transportation

About DOT    Our Activities    Areas of Focus

# FAA REGISTRY

## N-Number Inquiry Results

### N-NUMBER ENTERED: 105VW

### AIRCRAFT DESCRIPTION

| | | | |
|---|---|---|---|
| Serial Number | 105 | Status | Valid |
| Manufacturer Name | AMERICAN BLIMP CORP | Certificate Issue Date | 10/22/2014 |
| Model | A-1-70 | Expiration Date | 10/31/2027 |
| Type Aircraft | Blim/Dirigible | Type Engine | Reciprocating |
| Pending Number Change | None | Dealer | No |
| Date Change Authorized | None | Mode S Code (base 8 / Oct) | 50014467 |
| MFR Year | None | Mode S Code (Base 16 / Hex) | A01937 |
| Type Registration | LLC | Fractional Owner | NO |

### REGISTERED OWNER

| | | | |
|---|---|---|---|
| Name | AIRSIGN AIRSHIPS ASIA PACIFIC LLC | | |
| Street | 12 NW 5TH PL | | |
| City | WILLISTON | State | FLORIDA |
| County | LEVY | Zip Code | 32696-1622 |
| Country | UNITED STATES | | |

GOVERNMENT EXHIBIT 14

## AIRWORTHINESS

| | | | |
|---|---|---|---|
| Type Certificate Data Sheet | None | Type Certificate Holder | None |
| Engine Manufacturer | Unknown | Classification | Unknown |
| Engine Model | Unknown | Category | None |
| A/W Date | None | Exception Code | No |

The information contained in this record should be the most current Airworthiness information available in the historical aircraft record. However, this data alone does not provide the basis for a determination regarding the

airworthiness of an aircraft or the current aircraft configuration. For specific information, you may request a copy of the aircraft record at

http://aircraft.faa.gov/e.gov/ND/

## OTHER OWNER NAMES

| None |
|---|

## TEMPORARY CERTIFICATES

| Certificate Number | T148023 | Issue Date | 10/22/2014 | Expiration Date | 11/21/2014 |
|---|---|---|---|---|---|

## FUEL MODIFICATIONS

| None |
|---|

## DEREGISTERED AIRCRAFT

| None |
|---|

**The duration of aircraft registration certificates has been extended up to 7 years. The Registry will be issuing revised certificates in batches based on the former expiration date. For verification purposes, even though the expiration date on the registration certificate may not match the expiration date in the FAA Aircraft Registration database, any registration certificate displaying an expiration date of January 31, 2023 or later is still valid. This applies to all foreign Civil Aviation Authorities or anyone else with a verification need.**

United States Department of Transportation

About DOT     Our Activities     Areas of Focus



# FAA REGISTRY

## N-Number Inquiry Results

### N-NUMBER ENTERED: 151AB

### AIRCRAFT DESCRIPTION

| Serial Number | 101 | Status | Valid |
|---|---|---|---|
| Manufacturer Name | AMERICAN BLIMP CORP | Certificate Issue Date | 02/04/2019 |
| Model | A-1-70 | Expiration Date | 02/28/2029 |
| Type Aircraft | Blim/Dirigible | Type Engine | Reciprocating |
| Pending Number Change | None | Dealer | No |
| Date Change Authorized | None | Mode S Code (base 8 / Oct) | 50146750 |
| MFR Year | 1997 | Mode S Code (Base 16 / Hex) | A0CDE8 |
| Type Registration | Co-Owned | Fractional Owner | NO |

### REGISTERED OWNER

| Name | AIRSIGN AIRSHIPS AMERICA LLC | | |
|---|---|---|---|
| Street | 12 NW 5TH PL | | |
| City | WILLISTON | State | FLORIDA |
| County | LEVY | Zip Code | 32696-1622 |
| Country | UNITED STATES | | |

## AIRWORTHINESS

| | | | |
|---|---|---|---|
| Type Certificate Data Sheet | None | Type Certificate Holder | None |
| Engine Manufacturer | LYCOMING | Classification | Standard |
| Engine Model | I0360 SER | Category | Normal |
| A/W Date | 02/12/2014 | Exception Code | Yes |

The information contained in this record should be the most current Airworthiness information available in the historical aircraft record. However,

this data alone does not provide the basis for a determination regarding the

airworthiness of an aircraft or the current aircraft configuration. For specific information, you may request a copy of the aircraft record at

http://aircraft.faa.gov/e.gov/ND/

## OTHER OWNER NAMES

AIRSIGN AIRSHIPS TITLE LLC

## TEMPORARY CERTIFICATES

None

## FUEL MODIFICATIONS

None

## DEREGISTERED AIRCRAFT

None

**The duration of aircraft registration certificates has been extended up to 7 years. The Registry will be issuing revised certificates in batches based on the former expiration date. For verification purposes, even though the expiration date on the registration certificate may not match the expiration date in the FAA Aircraft Registration database, any registration certificate displaying an expiration date of January 31, 2023 or later is still valid. This applies to all foreign Civil Aviation Authorities or anyone else with a verification need.**

United States Department of Transportation

About DOT    Our Activities    Areas of Focus



# FAA REGISTRY

## N-Number Inquiry Results

**N-NUMBER ENTERED: 154ZP**

### AIRCRAFT DESCRIPTION

| | | | |
|---|---|---|---|
| Serial Number | 104 | Status | Valid |
| Manufacturer Name | AMERICAN BLIMP CORP | Certificate Issue Date | 01/22/2019 |
| Model | A-1-70 | Expiration Date | 01/31/2029 |
| Type Aircraft | Blim/Dirigible | Type Engine | Reciprocating |
| Pending Number Change | None | Dealer | No |
| Date Change Authorized | None | Mode S Code (base 8 / Oct) | 50155530 |
| MFR Year | 1999 | Mode S Code (Base 16 / Hex) | A0DB58 |
| Type Registration | Co-Owned | Fractional Owner | NO |

### REGISTERED OWNER

| | | | |
|---|---|---|---|
| Name | AIRSIGN AIRSHIPS AMERICA LLC | | |
| Street | 12 NW 5TH PL | | |
| City | WILLISTON | State | FLORIDA |
| County | LEVY | Zip Code | 32696-1622 |
| Country | UNITED STATES | | |

Aircraft Inquiry

## AIRWORTHINESS

| | | | |
|---|---|---|---|
| Type Certificate Data Sheet | None | Type Certificate Holder | None |
| Engine Manufacturer | LYCOMING | Classification | Standard |
| Engine Model | I0360 SER | Category | Normal |
| A/W Date | 04/18/2003 | Exception Code | No |

The information contained in this record should be the most current Airworthiness information available in the historical aircraft record. However, this data alone does not provide the basis for a determination regarding the

airworthiness of an aircraft or the current aircraft configuration. For specific information, you may request a copy of the aircraft record at

http://aircraft.faa.gov/e.gov/ND/

## OTHER OWNER NAMES

| |
|---|
| AIRSIGN AIRSHIPS TITLE LLC |

## TEMPORARY CERTIFICATES

| |
|---|
| None |

## FUEL MODIFICATIONS

| |
|---|
| None |

## DEREGISTERED AIRCRAFT

| |
|---|
| None |

**The duration of aircraft registration certificates has been extended up to 7 years. The Registry will be issuing revised certificates in batches based on the former expiration date. For verification purposes, even though the expiration date on the registration certificate may not match the expiration date in the FAA Aircraft Registration database, any registration certificate displaying an expiration date of January 31, 2023 or later is still valid. This applies to all foreign Civil Aviation Authorities or anyone else with a verification need.**

United States Department of Transportation

About DOT    Our Activities    Areas of Focus



# FAA REGISTRY

## N-Number Inquiry Results

### N-NUMBER ENTERED: 156LG

### AIRCRAFT DESCRIPTION

| | | | |
|---|---|---|---|
| Serial Number | 106 | Status | Valid |
| Manufacturer Name | AMERICAN BLIMP CORP | Certificate Issue Date | 06/24/2004 |
| Model | A-1-70 | Expiration Date | 10/31/2027 |
| Type Aircraft | Blim/Dirigible | Type Engine | Reciprocating |
| Pending Number Change | None | Dealer | No |
| Date Change Authorized | None | Mode S Code (base 8 / Oct) | 50160572 |
| MFR Year | 2000 | Mode S Code (Base 16 / Hex) | A0E17A |
| Type Registration | Co-Owned | Fractional Owner | NO |

### REGISTERED OWNER

| | | | |
|---|---|---|---|
| Name | AIRSIGN AIRSHIPS AMERICA LLC | | |
| Street | 12 NW 5TH PL | | |
| City | WILLISTON | State | FLORIDA |
| County | LEVY | Zip Code | 32696-1622 |
| Country | UNITED STATES | | |

## AIRWORTHINESS

| | | | |
|---|---|---|---|
| Type Certificate Data Sheet | None | Type Certificate Holder | None |
| Engine Manufacturer | LYCOMING | Classification | Standard |
| Engine Model | IO-360-B1G6 | Category | None |
| A/W Date | 03/29/2006 | Exception Code | No |

The information contained in this record should be the most current Airworthiness information available in the historical aircraft record. However, this data alone does not provide the basis for a determination regarding the

airworthiness of an aircraft or the current aircraft configuration. For specific information, you may request a copy of the aircraft record at

http://aircraft.faa.gov/e.gov/ND/

## OTHER OWNER NAMES

AIRSIGN AIRSHIPS TITLE LLC

## TEMPORARY CERTIFICATES

| Certificate Number | T062295 | Issue Date | 03/27/2006 | Expiration Date | 04/26/2006 |
|---|---|---|---|---|---|

## FUEL MODIFICATIONS

None

## DEREGISTERED AIRCRAFT

None

**The duration of aircraft registration certificates has been extended up to 7 years. The Registry will be issuing revised certificates in batches based on the former expiration date. For verification purposes, even though the expiration date on the registration certificate may not match the expiration date in the FAA Aircraft Registration database, any registration certificate displaying an expiration date of January 31, 2023 or later is still valid. This applies to all foreign Civil Aviation Authorities or anyone else with a verification need.**



United States Department of Transportation

About DOT    Our Activities    Areas of Focus

5

# FAA REGISTRY

## N-Number Inquiry Results

N-NUMBER ENTERED: 460LG

AIRCRAFT DESCRIPTION

| Serial Number | 04 | Status | Valid |
|---|---|---|---|
| Manufacturer Name | AMERICAN BLIMP CORP | Certificate Issue Date | 02/01/2019 |
| Model | A-60+ | Expiration Date | 02/28/2029 |
| Type Aircraft | Blim/Dirigible | Type Engine | 4 Cycle |
| Pending Number Change | None | Dealer | No |
| Date Change Authorized | None | Mode S Code (base 8 / Oct) | 51315234 |
| MFR Year | None | Mode S Code (Base 16 / Hex) | A59A9C |
| Type Registration | Co-Owned | Fractional Owner | NO |

REGISTERED OWNER

| Name | AIRSIGN AIRSHIPS AMERICA LLC | | |
|---|---|---|---|
| Street | 12 NW 5TH PL | | |
| City | WILLISTON | State | FLORIDA |
| County | LEVY | Zip Code | 32696-1622 |
| Country | UNITED STATES | | |

## AIRWORTHINESS

| | | | |
|---|---|---|---|
| Type Certificate Data Sheet | None | Type Certificate Holder | None |
| Engine Manufacturer | Unknown | Classification | Unknown |
| Engine Model | Unknown | Category | None |
| A/W Date | None | Exception Code | No |

The information contained in this record should be the most current Airworthiness information available in the historical aircraft record. However, this data alone does not provide the basis for a determination regarding the

airworthiness of an aircraft or the current aircraft configuration. For specific information, you may request a copy of the aircraft record at

http://aircraft.faa.gov/e.gov/ND/

## OTHER OWNER NAMES

AIRSIGN AIRSHIPS TITLE LLC

## TEMPORARY CERTIFICATES

None

## FUEL MODIFICATIONS

None

## DEREGISTERED AIRCRAFT

None

**The duration of aircraft registration certificates has been extended up to 7 years. The Registry will be issuing revised certificates in batches based on the former expiration date. For verification purposes, even though the expiration date on the registration certificate may not match the expiration date in the FAA Aircraft Registration database, any registration certificate displaying an expiration date of January 31, 2023 or later is still valid. This applies to all foreign Civil Aviation Authorities or anyone else with a verification need.**

United States Department of Transportation

About DOT    Our Activities    Areas of Focus



# FAA REGISTRY

## N-Number Inquiry Results

**N-NUMBER ENTERED: 612LG**

**AIRCRAFT DESCRIPTION**

| | | | |
|---|---|---|---|
| Serial Number | 012 | Status | Valid |
| Manufacturer Name | AMERICAN BLIMP CORP | Certificate Issue Date | 12/27/2018 |
| Model | A-60+ | Expiration Date | 12/31/2028 |
| Type Aircraft | Blim/Dirigible | Type Engine | 4 Cycle |
| Pending Number Change | None | Dealer | No |
| Date Change Authorized | None | Mode S Code (base 8 / Oct) | 51773455 |
| MFR Year | 1996 | Mode S Code (Base 16 / Hex) | A7F72D |
| Type Registration | LLC | Fractional Owner | NO |

**REGISTERED OWNER**

| | | | |
|---|---|---|---|
| Name | AIRSIGN AIRSHIP GROUP LLC | | |
| Street | 12 NW 5TH PL | | |
| City | WILLISTON | State | FLORIDA |
| County | LEVY | Zip Code | 32696-1622 |
| Country | UNITED STATES | | |

## AIRWORTHINESS

| | | | |
|---|---|---|---|
| Type Certificate Data Sheet | None | Type Certificate Holder | None |
| Engine Manufacturer | LIMBACH | Classification | Standard |
| Engine Model | LIMBACH L2000 | Category | Other |
| A/W Date | 06/06/2011 | Exception Code | No |

The information contained in this record should be the most current Airworthiness information available in the historical aircraft record. However, this data alone does not provide the basis for a determination regarding the

airworthiness of an aircraft or the current aircraft configuration. For specific information, you may request a copy of the aircraft record at

http://aircraft.faa.gov/e.gov/ND/

## OTHER OWNER NAMES

None

## TEMPORARY CERTIFICATES

None

## FUEL MODIFICATIONS

None

## DEREGISTERED AIRCRAFT

None

**The duration of aircraft registration certificates has been extended up to 7 years. The Registry will be issuing revised certificates in batches based on the former expiration date. For verification purposes, even though the expiration date on the registration certificate may not match the expiration date in the FAA Aircraft Registration database, any registration certificate displaying an expiration date of January 31, 2023 or later is still valid. This applies to all foreign Civil Aviation Authorities or anyone else with a verification need.**

United States Department of Transportation

About DOT    Our Activities    Areas of Focus



# FAA REGISTRY

## N-Number Inquiry Results

N-NUMBER ENTERED: 618LG

AIRCRAFT DESCRIPTION

| | | | |
|---|---|---|---|
| Serial Number | 018 | Status | Valid |
| Manufacturer Name | AMERICAN BLIMP CORP | Certificate Issue Date | 08/07/2003 |
| Model | A60R | Expiration Date | 01/31/2028 |
| Type Aircraft | Blim/Dirigible | Type Engine | Reciprocating |
| Pending Number Change | None | Dealer | No |
| Date Change Authorized | None | Mode S Code (base 8 / Oct) | 52006567 |
| MFR Year | 2000 | Mode S Code (Base 16 / Hex) | A80D77 |
| Type Registration | Co-Owned | Fractional Owner | NO |

REGISTERED OWNER

| | | | |
|---|---|---|---|
| Name | AIRSIGN AIRSHIPS AMERICA LLC | | |
| Street | 12 NW 5TH PL | | |
| City | WILLISTON | State | FLORIDA |
| County | LEVY | Zip Code | 32696-1622 |
| Country | UNITED STATES | | |

## AIRWORTHINESS

| Type Certificate Data Sheet | None | Type Certificate Holder | None |
|---|---|---|---|
| Engine Manufacturer | ROTAX | Classification | Standard |
| Engine Model | 912F3 | Category | Normal |
| A/W Date | 02/20/2014 | Exception Code | No |

The information contained in this record should be the most current Airworthiness information available in the historical aircraft record. However, this data alone does not provide the basis for a determination regarding the

airworthiness of an aircraft or the current aircraft configuration. For specific information, you may request a copy of the aircraft record at

http://aircraft.faa.gov/e.gov/ND/

## OTHER OWNER NAMES

| AIRSIGN AIRSHIPS TITLE LLC |
|---|

## TEMPORARY CERTIFICATES

| Certificate Number | T211880 | Issue Date | 03/10/2021 | Expiration Date | 04/09/2021 |
|---|---|---|---|---|---|

## FUEL MODIFICATIONS

| None |
|---|

## DEREGISTERED AIRCRAFT

| None |
|---|

**The duration of aircraft registration certificates has been extended up to 7 years. The Registry will be issuing revised certificates in batches based on the former expiration date. For verification purposes, even though the expiration date on the registration certificate may not match the expiration date in the FAA Aircraft Registration database, any registration certificate displaying an expiration date of January 31, 2023 or later is still valid. This applies to all foreign Civil Aviation Authorities or anyone else with a verification need.**

United States Department of Transportation

About DOT   Our Activities   Areas of Focus



# FAA REGISTRY

## N-Number Inquiry Results

### N-NUMBER ENTERED: 620LG

### AIRCRAFT DESCRIPTION

| | | | |
|---|---|---|---|
| Serial Number | 020 | Status | Valid |
| Manufacturer Name | AMERICAN BLIMP CORP | Certificate Issue Date | 02/04/2019 |
| Model | A60R | Expiration Date | 02/28/2029 |
| Type Aircraft | Blim/Dirigible | Type Engine | Reciprocating |
| Pending Number Change | None | Dealer | No |
| Date Change Authorized | None | Mode S Code (base 8 / Oct) | 52013476 |
| MFR Year | 2002 | Mode S Code (Base 16 / Hex) | A8173E |
| Type Registration | Co-Owned | Fractional Owner | NO |

### REGISTERED OWNER

| | | | |
|---|---|---|---|
| Name | AIRSIGN AIRSHIPS AMERICA LLC | | |
| Street | 12 NW 5TH PL | | |
| City | WILLISTON | State | FLORIDA |
| County | LEVY | Zip Code | 32696-1622 |
| Country | UNITED STATES | | |

## AIRWORTHINESS

| | | | |
|---|---|---|---|
| Type Certificate Data Sheet | None | Type Certificate Holder | None |
| Engine Manufacturer | ROTAX | Classification | Standard |
| Engine Model | 912F3 | Category | Other |
| A/W Date | 03/10/2015 | Exception Code | No |

The information contained in this record should be the most current Airworthiness information available in the historical aircraft record. However, this data alone does not provide the basis for a determination regarding the

airworthiness of an aircraft or the current aircraft configuration. For specific information, you may request a copy of the aircraft record at

http://aircraft.faa.gov/e.gov/ND/

## OTHER OWNER NAMES

AIRSIGN AIRSHIPS TITLE LLC

## TEMPORARY CERTIFICATES

None

## FUEL MODIFICATIONS

None

## DEREGISTERED AIRCRAFT

None

**The duration of aircraft registration certificates has been extended up to 7 years. The Registry will be issuing revised certificates in batches based on the former expiration date. For verification purposes, even though the expiration date on the registration certificate may not match the expiration date in the FAA Aircraft Registration database, any registration certificate displaying an expiration date of January 31, 2023 or later is still valid. This applies to all foreign Civil Aviation Authorities or anyone else with a verification need.**