# David Lazarus

| | |
|---|---|
| **From:** | David Lazarus |
| **Sent:** | Tuesday, September 13, 2022 5:22 PM |
| **To:** | Keen, Justin (USAFLN) |
| **Cc:** | 'Nicole Waid' |
| **Subject:** | P&S Doc |
| **Attachments:** | Exhibit A.1 Asset list for Asset Sale on 061922.xlsx |

Justin –

See attached. It is my understanding that this is the only attachment or exhibit to the agreement notwithstanding the mentions in the document.

Dave

**David G. Lazarus** PARTNER
Admitted in MA and NY
Verrill Dana LLP
One Federal Street, 20th Floor
Boston, MA 02110
**T** 617-292-2859

dlazarus@verrill-law.com
https://www.verrill-law.com/david-g-lazarus/





| Airship # | AIRCRAFT SERIAL NO. | AIRCRAFT REGISTRATION | AIRCRAFT MODEL | AIRCRAFT MAN. DATE | AIRCRAFT LOCATION | OWNER OF RECORD (per FAA Registry) |
|---|---|---|---|---|---|---|
| 1 | 004 | N460LG | A-60+ | 4/1/1991 | TN | AirSign Airships America, LLC |
| 2 | 006 | N660LG | A-60+ | 4/1/1993 | TN | AirSign Airships America, LLC |
| 3 | 010 | VH-JRW (AUS) | A-60+ | 2/1/1995 | TN | AirSign Airships America, LLC |
| 4 | 011 | N11ZP | A-60+ | 9/5/1995 | FL | Lightship Group |
| 5 | 012 | N612LG | A-60+ | 2/1/1996 | TN | AirSign Airships America, LLC |
| 6 | 014 | N614LG | A-60R | 4/1/1997 | TN | AirSign Airships America, LLC |
| 7 | 016 | N116VW | A-60+ | 4/21/1998 | TN | AirSign Airships Asia Pacific, LLC |
| 8 | 018 | N618LG | A-60R | 6/23/2000 | TN | AirSign Airships America, LLC |
| 9 | 020 | N620LG | A-60R | 4/15/2002 | TN | AirSign Airships America, LLC |
| 10 | 101 | N151AB | A-170LS | 1/8/1997 | TN | AirSign Airships America, LLC |
| 11 | 102 | N102MS | A-150 | 12/1/1997 | TN | AirSign Airships Latin America, LLC |
| 12 | 104 | N154ZP | A-170 | 2/1/1999 | TN | AirSign Airships America, LLC |
| 13 | 105 | N105VW | A-170 | 4/1/1999 | TN | AirSign Airships Asia Pacific, LLC |
| 14 | 106 | N156LG | A-170LS | 2/1/2000 | TN | AirSign Airships America, LLC |
| 15 | 107 | N157LG | A-170G | 6/1/2005 | FL | AirSign-MZ3A LLC |

| Airship Serial Number | Envelope Serial Number | Ballonet Film or Fabric | Decal Applied | Total Days in Service as Aug 1, 2019 | Years Total Time | COMMENTS |
|---|---|---|---|---|---|---|
| SN006 | | | | | 0.0 | |
| SN010 | ESN031 | Fabric | Yes | 740.0 | 2.0 | AOL Decal Applied October 2014 - deflated with artwork still applied. |
| SN012 | ESN028 | None | Yes | 1157.0 | 3.2 | Deflated July 7, 2015 - requires cleaning and ballonet replacement |
| SN014 | | | | | | Likely to install ESN026 - listed below. |
| **SN015** | **ESN027** | **Fabric** | **Yes** | **1996.0** | **5.5** | **Cleaned - currently in Moffet hangar** |
| SN016 | | | | | 0.0 | |
| **SN018** | **ESN030** | **Fabric** | **Yes** | **2246.0** | **6.2** | **Currently has CCL artwork applied** |
| SN020 | ESN029 | Fabric | Yes | 1595.0 | 4.4 | MetLife decal apppplied April 2015 - in field deflation with artwork applied Japan |
| | | | | | | |
| SN101 | | | | | | |
| SN102 | ESN110-50 | Film | No | 824.0 | 2.3 | At MQY requires ILC checkout following previous repairs.  Requires ballonet. |
| SN104 | | | | | | |
| SN105 | | | | | | |
| SN106 | | | | | | |
| **SN107** | **ESN005-70** | **Fabric** | **Yes** | **1070.0** | **2.9** | **Envelope cleaning for installation of Mullen vynil** |

**Other**

| | Envelope Serial Number | Ballonet Film or Fabric | Decal Applied | Total Days in Service as Aug 1, 2019 | Years Total Time | COMMENTS |
|---|---|---|---|---|---|---|
| | ESN026 | Fabric | Yes | 2032.0 | 5.6 | Metlife decal changed 2016 - deflated artwork still applied. |
| | ESN002-70 | | No | 2160.0 | 5.9 | Removed from SN101 - hoop section removed and sent to ABC / remaining scrapped |
| | ESN004-70 | Film | No | 725.0 | 2.0 | Possible repair TBD - likely to be used as spare - VERY limited life. |
| | ESN006-70 | | No | 0.0 | | Currently production on hold at ILC Dover - can fab ball be installed |
| | ESN023 | Film | No | 2892.0 | 7.9 | Deflated March 26, 2015 - can go to ILC Dover for repair, gore & ball replacement |

**Bold = indicates inflated airship.**

| Def date | Inf date | Total days | Deliveries: |
|---|---|---|---|
| 09/22/17 | 09/30/17 | 7.00 | |

Material:
Ballonet fabric = enough for (1) A60 and (1) A-1-70
Ballonet:
(0) A60 spare ballonet
(0) A-1 spare ballonet
Envelope Repairs:
None scheduled

| Number | Item | Location | Notes |
|---|---|---|---|
| E01 | Airships Parts inventory | Smyrna, Tn | Used or New inventory (not in quality control) |
| E02 | Airships Parts Inventory | Williston, FL | Mostly New inventory (semi quality control) |
| E03 | A-170 new airship Gondola | Williston, FL | 80% completed |
| E04 | A-60 gondola frame | Williston, FL | new condition |
| E05 | 4 Airship mast assemblys | Williston, FL | good condition |
| | **Trailers** | **Location** | **Notes** |
| E06 | 2000 Hallmark | Smyrna, Tn | *All trailers are in rough condition and recommend |
| E07 | 1997 Pace | Smyrna, Tn | |
| E08 | 1998 Pace | Smyrna, Tn | |
| E09 | 1998 Pace | Smyrna, Tn | |
| E10 | 2007 Mobile Mast Trailer | Smyrna, Tn | |
| E11 | 2001 Pace Gooseneck | Smyrna, Tn | |
| E13 | 2008 Mobile Mast Trailer | Smyrna, Tn | |
| E18 | 1996 Pace Trailer | Smyrna, Tn | |
| E19 | 2001 Pace Trailer | Smyrna, Tn | |
| E20 | 2001 Pace Trailer | Smyrna, Tn | |
| | **Other Equipment** | **Location** | **Notes** |
| E30 | Heavy Duty Inside ForkLift | Smyrna, Tn | Good Working Condition |
| E31 | 40' Manned Lift | Smyrna, Tn | Fair Working Condition |
| E32 | 60' Manned Lift | Smyrna, Tn | Fair Working Condition |
| E33 | US20130299635A1 Airship handling device | | Ground Handling device used with Skid steer |
| E34 | US2013009006A1 Airship handling device | | Ground Handling device used with Skid steer |
| E35 | Misc Tools at Hanger | Smyrna, Tn | Tools onsite at Smyrna Hanger |
| E36 | American Blimp Company Jigs | Williston, FL | |
| | **Office Equipment** | **Location** | **Notes** |
| E37 | Misc desks & Tables | Smyrna, Tn | |
| E38 | Misc Office chairs and furnature | Smyrna, Tn | bookshelves etc… |
| E39 | Copy machine (Need Details) | Smyrna, Tn | Fair Working Condition |
| E40 | Copy machine (Need Details) | Smyrna, Tn | |
| E41 | Copy machine | Oregon | Chris Wegner has possession |
| E42 | | | |

| Number | Item | Location | Notes |
|---|---|---|---|
| IP01 | Airships Main Military grade server with all data | Williston, FL | Will provide admin access and control |
| IP02 | Digital file of all American Blimp Company drawings | Will provide file link | On Airships Server |
| IP03 | Website: Airshipsadvertising.com & Airships.com | | |
| IP04 | Website: Blimpadvertising.com | | |
| **Number** | **Certificates** | **Location** | |
| IP05 | FAA Part 145 Repair Station Certificate | FAA Database | Will provide copy and will need renewed |
| IP06 | FAA Part 135 Air Operators Certificate | FAA Database | Will provide copy and will need renewed |
| IP07 | FAA Production Certificate (Not Updated/ Active) | FAA Database | Will provide copy and will need renewed |
| IP08 | FAA Type Certificate A-150 | FAA Database | Will provide copy (Owned by ABC) |
| IP09 | FAA Type Certificate A-170G | FAA Database | Will provide copy (Owned by ABC) |
| IP10 | FAA Type Certificate A-170 | FAA Database | Will provide copy (Owned by ABC) |
| IP11 | FAA Type Certificate A-60R | FAA Database | Will provide copy (Owned by ABC) |
| IP12 | FAA Type Certificate A-60+ | FAA Database | Will provide copy (Owned by ABC) |
| IP13 | FAA Type Certificate A-60 | FAA Database | Will provide copy (Owned by ABC) |
| IP14 | FAA Type Certificate GA-42 | FAA Database | Will provide copy (Owned by ABC) |
| IP15 | Validated TC China | FAA Database | Will provide copy (Owned by ABC) |
| IP16 | Validated TC Japan | FAA Database | Will provide copy (Owned by ABC) |
| IP17 | Validated TC Brazil | FAA Database | Will provide copy (Owned by ABC) |
| IP18 | Validated TC EASA | FAA Database | Will provide copy (Owned by ABC) |
| IP19 | | FAA Database | |
| IP20 | | FAA Database | |
| IP21 | | FAA Database | |
| **Number** | **Patents** | **Location** | |
| IP22 | US20130299635A1 Airship handling device | US Patent Office | |
| IP23 | US2013009006A1 Airship handling device | US Patent Office | |
| IP24 | US8081141B2 Digital LightSign | US Patent Office | |
| **Number** | **Patents** | **Location** | |
| IP25 | US Army Contract W56KGY20C0004 | Williston, FL | Owed by American Airship Company Inc |
| IP26 | | | |
| IP27 | | | |