

ME | MA | RI | CT | NY | DC | verrill-law.com

**DAVID G. LAZARUS**
PARTNER
dlazarus@verrill-law.com
(617) 292-2859

Verrill Dana LLP
One Federal Street, 20th Floor
Boston, MA 02110
Main 617-309-2600

**EXHIBIT 2**

VIA EMAIL

October 14, 2022

Justin M. Keen
Assistant United States Attorney
United States Attorney's Office
Northern District of Florida
111 North Adams Street, 4th Floor
Tallahassee, FL 32301

  Re: <u>US v. Patrick Walsh, Plea Agreement Rider</u>

Dear Justin,

  Pursuant to the Plea Agreement Rider (the "Rider") please be advised that Mr. Walsh has elected to proceed with Path B to Repayment. Pursuant to Paragraph 17 of the Rider, Mr. Walsh notifies the United States that he intends to list for sale the Sale Properties (*see* Rider at Exhibit 1). Enclosed, please find copies of documents relating to the listing and sale of the Sale Properties, including the listing agreements described in the Rider, including in Paragraph 18:

- Sweetheart Island Documents
- Commercial Property – US HWY 19, Dixie County, FL
- 12 NW 5th PL Documents
- 8657 NE 150th Ave Documents
- 0412300500 Documents
- 041230050A Documents
- 541 SE 1 Ave Documents

  As you know, on September 12, 2022 we sent you documents relating to the Cisco, Texas property described as one of the Sale Properties. Please let us know if you have questions. Thank you.

                  Best,

                  s/ *David G. Lazarus*
                  David G. Lazarus
                  Attorney for Patrick Walsh

cc. via email: Nicole Waid, Esq., Client

21000812_1