| | | EXHIBIT 3 |
|---|---|---|

**David Lazarus**

| | |
|---|---|
| **From:** | Keen, Justin (USAFLN) <Justin.Keen@usdoj.gov> |
| **Sent:** | Friday, November 4, 2022 3:01 PM |
| **To:** | David Lazarus; Nicole Waid |
| **Cc:** | Brown, Raymond N.; Littwin, Kathleen R.; Byron, David (USAFLN); Milligan, Gary (USAFLN); Bird, Karen (USAFLN) [Contractor]; Kerwin, Katherine (USAFLN) |
| **Subject:** | RE: SBA Liens |
| **Attachments:** | 202002512890 - AirSign AirShips Title.pdf; 202002512815 - AirSign Airships America.pdf |

Good afternoon, Dave (and Nicole),

As we just discussed, this afternoon I spoke with Kathleen Littwin, one of the attorney advisors for the SBA's EIDL department (she is CC'ed on this email). The simplest solution to Mr. Walsh's situation regarding the two attached liens (which I've been advised are for $73k and $150k) is as follows:

1) Continue with the sale of the airship,
2) Ensure that escrow agent sends the SBA a check for $73k and $150k, with a memo noting the loan numbers (the end of box 4 of each lien contains the loan number), and
3) Ensure that the escrow agent wires the rest of the sale proceeds to the USMS/DOJ per our previous correspondence.

The POC at SBA's EIDL department to resolve this will be Ray Brown, EIDL Risk Management Supervisor. His email address is Raymond.Brown@sba.gov (he is CC'ed on this email). I defer to Mr. Brown as to the specific instructions that the escrow agent must follow to ensure prompt disposition of these two SBA liens. Ms. Littwin advised that the SBA will not release the liens before payment is received, but it seems that the above steps is pretty routine in their world.

Once the balance of the sale proceeds are sent to USMS/DOJ, please send me documentation of same so I can be sure that the Court is made aware of Mr. Walsh's partial prepayment of restitution.

Please let me know if you have any questions or issues on this.

Justin



**Justin M. Keen**
Assistant United States Attorney
Northern District of Florida
   *Financial Fraud Coordinator*
   *Elder Justice Coordinator*
   *Coronavirus Fraud Coordinator*
   *NDFL BSA Review Team, Member - Legal Advisor*
Justin.Keen@usdoj.gov
*Direct:* (850) 216-3802
*Cell:* (850) 694-3178

Follow us on Twitter|@NDFLnews

***Please be advised that all emails sent to this address are archived and retained by the United States Department of Justice.***

**From:** David Lazarus <dlazarus@verrill-law.com>
**Sent:** Friday, October 21, 2022 10:32 AM
**To:** Keen, Justin (USAFLN) <JKeen2@usa.doj.gov>
**Cc:** Nicole Waid <nicole.waid@FisherBroyles.com>
**Subject:** [EXTERNAL] FW: SBA Liens

Justin –

The SBA recorded UCC Liens against Patrick's businesses and assets. I think this was routinely done for loans in excess of certain amounts. The hiccup is that the airship sale we disclosed to the government late last week appears to be held up by the SBA Lien. Would you be able to let your SBA contact for this case know about the sale and that it is going to fund restitution back to the SBA? I can contact them myself but experience tells me that they won't listen to me. For the sale to happen, Mr. Walsh needs a limited release of the two attached liens from the SBA.

Happy to hop on a call today if that is helpful. Thanks.

Dave

**David G. Lazarus** PARTNER
Admitted in MA and NY
Verrill Dana LLP
One Federal Street, 20th Floor
Boston, MA 02110
T 617-292-2859

dlazarus@verrill-law.com
https://www.verrill-law.com/david-g-lazarus/



