

**EXHIBIT 4**

**Georgetown Trust Ltd**

Caye Financial Centre
Corner Coconut Drive & Hurricane way
Third Floor
San Pedro Town, Ambergris Caye
Belize, Central America.
Phone # +501-226-3569
Fax # +501-226-2497

#455

## Trust Account Statement - Third Quarter 2022

| | | | |
|---|---|---|---|
| Client: | The Walsh International & Irrevocable Family Trust | Date: | 30th September 2022 |
| Email: | patrick.walsh@airships.com | Date registered: | 30th July, 2020 |
| | | Settlement date: | 17th August, 2020 |
| | | Trust # | ▬▬▬▬▬ |

### Assets

| Assets | Date of Investment | # of shares | Original Price/Value | Original Value/Amount | Last month Asset Value | Current Share Price | Current Asset Value | Gain/(Loss) |
|---|---|---|---|---|---|---|---|---|
| CIBL - Bank Account | 11-Feb-21 | | | $4,980.00 | $8,420.41 | | $8,405.91 | |
| | | | **TOTALS:-** | **$4,980.00** | **$8,420.41** | | **$8,405.91** | **$0.00** |

### Cash Account - US$ (Internal)

| 2022 | Description | Debit | Credit | Cash Balance |
|---|---|---|---|---|
| 1st July | Balance carried forward from 2nd quarter 2022 statement | | | ($375.00) |
| 10th August | Transfer of funds from Client's account with Caye Bank | | $375.00 | |
| | **Total cash in US$.** | | | **$0.00** |
| | Cash & Assets | $8,405.91 | | |
| | Quarterly Management Fee  0.00% | $375.00 | | |
| | **Available Cash Balance (due to Georgetown)** | | | **($375.00)** |

### Income Summary - 2022  /  2022  /  Asset Summary

| | This Month | Year-to-Date | Unrealized Gain/Loss | Expense Summary | | | Last Month Account Value | Current Account Value |
|---|---|---|---|---|---|---|---|---|
| Dividend | $0.00 | $0.00 | $0.00 | $375.00 | | Cash | $0.00 | ($375.00) |
| Interest | $0.00 | $0.00 | | | | Assets | $8,420.41 | $8,405.91 |
| Total Income | $0.00 | $0.00 | $0.00 | $1,125.00 | | Total Value | $8,420.41 | $8,030.91 |