# PAYCHECK PROTECTION PROGRAM
## DISBURSED CURRENT LOANS/ SBA CHARGED OFF LOANS

| Loan Name | SBA Loan Number | Disbursed Current Loans | SBA Guaranteed Principal Purchase Payment | Guaranteed Purchase Payment Date | Lender | Lender Fee | SBA Effective Date |
|---|---|---|---|---|---|---|---|
| AIRSIGN AIRSHIPS REPAIR STATION | 7200 | | $1,038,808 | 12/15/2021 | Harvest Small Business Finance, LLC | $31,164.24 | 06/19/2020 |
| AIRSIGN AIRSHIPS LATIN AMERICA LLC | 7405 | | $1,002,000 | 01/06/2022 | Fountainhead SBF LLC | $30,060.00 | 06/26/2020 |
| AIRSIGN INC. | 7104 | | $790,900 | 02/05/2022 | Newtek Small Business Finance, Inc. | $23,727.00 | 06/17/2020 |
| AIRSIGN GROUP LLC | 7305 | | $573,000 | 11/24/2021 | Renasant Bank | $17,190.00 | 06/11/2020 |
| AMERICAN BLIMP COMPANY LLC | 7701 | | $504,919 | 11/05/2021 | Celtic Bank Corporation | $15,147.57 | 06/19/2020 |
| AIRSIGNAIRSHIPS ASIA PACIFIC LLC | 7808 | | $502,200 | 11/05/2021 | Celtic Bank Corporation | $15,066.00 | 06/25/2020 |
| AIRSIGN INC. | 7309 | | $342,140 | 12/06/2021 | Trustmark National Bank | $17,107.00 | 06/17/2020 |
| WALSH FAMILY LAND CORP | 7304 | | $242,200 | 11/01/2021 | Celtic Bank Corporation | $12,110.00 | 06/22/2020 |
| **TOTAL** | | $5,362,674.66 | $4,996,167.00 | | | $171,330.66 | |