| Lender | Business: Name | Original Approval Amount OR REQUESTED AMOUNT | Loan Status Date | Number Of Current Employees | Total Undisbursed Amount | Current Loan Amount | Average Monthly Payroll | Date on Application |
|---|---|---|---|---|---|---|---|---|
| Chase | AMERICAN BLIMP COMPANY LLC | $636,610.00 | | 11 | $636,610.00 | $0.00 | $254,644.00 | 4/7/2020 |
| Chase | AIRSIGN AIRSHIP GROUP | $1,111,448.00 | | 25 | $1,111,448.00 | $0.00 | $444,579.00 | 4/7/2020 |
| Chase | AIRSIGN INC | $1,313,092.00 | | 35 | $1,313,092.00 | $0.00 | $525,237.00 | 4/7/2020 |
| Newtek Small Business Finance, Inc. | AIRSIGN INC | $790,900.00 | 2020-06-05 | 32 | $0.00 | $790,900.00 | $316,360.00 | 4/9/2020 |
| Renasant Bank | AIRSIGN GROUP | $573,000.00 | 2020-06-06 | 24 | $0.00 | $573,000.00 | $229,200.00 | 4/14/2020 |
| WebBank | AIRSIGN AIRSHIPS AMERICA | $809,642.00 | 2020-05-13 | 35 | $809,642.00 | $0.00 | $400,000.00 | 4/20/2020 |
| Trustmark National Bank | AIRSIGN AIRSHIPS TITLE | $342,140.00 | 2020-06-05 | 32 | $0.00 | $342,140.00 | $136,856.00 | 4/22/2020 |
| Harvest Small Business Finance, LLC | AIRSIGN AIRSHIP REPAIR STATION (1st Draw) | $1,038,808.00 | 2020-06-02 | 32 | $0.00 | $1,038,808.00 | $415,523.00 | 4/22/2020 |
| Fountainhead SBF LLC | AIRSIGN AIRSHIPS LATIN AMERICA (1st Draw) | $1,002,000.00 | 2020-06-05 | 51 | $0.00 | $1,002,000.00 | $400,800.00 | 5/17/2020 |
| Celtic Bank Corporation | WALSH FAMILY LAND CORP | $242,200.00 | 2020-06-18 | 10 | $0.00 | $242,200.00 | $96,891.41 | 4/28/2020 |
| Celtic Bank Corporation | AMERICAN BLIMP COMPANY LLC | $917,000.00 | 2020-06-10 | 32 | $0.00 | $504,919.00 | $201,967.60 | 4/30/2020 |
| Celtic Bank Corporation | AIRSIGN AIRSHIPS ASIA PACIFIC | $502,200.00 | 2020-06-22 | 49 | $0.00 | $502,200.00 | $200,919.00 | 5/28/2020 |
| First Home Bank | AIRSIGN AIRSHIPS ASIA PACIFIC | $858,208.00 | 2020-09-02 | 48 | $586,700.00 | $0.00 | $390,000.00 | 7/17/2020 |
| Fountainhead SBF LLC | EAGLE RIDGE MANAGEMENT GROUP LLC/SHILOH OIL COMPANY | $181,600.00 | 2020-08-04 | 12 | $181,600.00 | $0.00 | $72,657.00 | 7/17/2020 |
| Harvest Small Business Finance, LLC | AIRSIGN AIRSHIP REPAIR STATION (Attempt 2nd Draw) | $1,038,808.00 | | 51 | $1,038,808.00 | $0.00 | $415,524.00 | 1/15/2021 |
| Fountainhead SBF LLC | AIRSIGN AIRSHIPS LATIN AMERICA (Attempt 2nd Draw) | $592,743.00 | | | $592,743.00 | $0.00 | | 1/18/2021 |
| | | $11,950,399.00 | | 357 | $4,996,167.00 | | | |

| Lender | Business: Name | Loan Amount | Application: Submission Date | Business: Number of Employees | Borrower | Loan Amount | | |
|---|---|---|---|---|---|---|---|---|
| SBA | AIRSIGN GROUP | $500,000.00 | 2020-03-30 06:07 AM | 6 | Walsh, Patrick | $500,000.00 | | |
| SBA | WALSH FAMILY LAND CORP | $80,000.00 | 2020-03-30 06:16 AM | 1 | Walsh, Patrick | $80,000.00 | | |
| SBA | AIRSIGN AIRSHIPS AMERICA | $150,000.00 | 2020-03-30 08:09 AM | 22 | Walsh, Patrick | $150,000.00 | | |
| SBA | AIRSIGN AIRSHIPS LATIN AMERICA | $90,000.00 | 2020-03-30 10:17 AM | 1 | Walsh, Patrick | $90,000.00 | | |
| SBA | AIRSIGN AIRSHIPS ASIA PACIFIC | $73,000.00 | 2020-03-30 10:21 AM | 2 | Walsh, Patrick | $73,000.00 | | |
| SBA | AIRSIGN AIRSHIPS TITLE | $73,000.00 | 2020-03-30 10:27 AM | 2 | Walsh, Patrick | $73,000.00 | | |
| SBA | AIRSIGN AIRSHIP REPAIR STATION | $23,000.00 | 2020-03-30 11:16 AM | 2 | Walsh, Patrick | $23,000.00 | | |
| SBA | AIRSIGN AIRSHIP GROUP | $38,000.00 | 2020-03-30 11:34 AM | 2 | Walsh, Patrick | $38,000.00 | | |
| SBA | AIRSIGN INC | $500,000.00 | 2020-03-31 08:59 AM | 35 | Walsh, Patrick | $500,000.00 | | |
| SBA | AERO CAPITAL / AEROSERVE | $95,000.00 | 2020-04-02 09:23 AM | 5 | Walsh, Patrick | $95,000.00 | | |
| SBA | AMERICAN BLIMP COMPANY LLC | $150,000.00 | 2020-06-17 03:10 AM | 39 | Walsh, Patrick | $150,000.00 | | |
| SBA | EAGLE RIDGE MANAGEMENT GROUP LLC/SHILOH OIL COMPANY | $150,000.00 | 2020-07-22 09:54 AM | 11 | Walsh, Patrick | $150,000.00 | | |
| | | $1,922,000.00 | | 128 | | $1,922,000.00 | | |

| Lender | Business: Name | Loan Amount | Application: Submission Date | Business: Number of Employees | Borrower | Loan Amount | | |
|---|---|---|---|---|---|---|---|---|
| SBA | PALMETTO SPRINGS PLAZA | $150,000.00 | 2020-09-08 11:34 AM | 2 | Walsh, Hannah | $150,000.00 | | |
| SBA | AIRSIGN-M29A LLC | $150,000.00 | 2020-09-08 05:27 PM | 1 | Walsh, Hannah | $150,000.00 | | |
| SBA | SKYWRITE AERIAL ADVERTISING | $150,000.00 | 2020-09-14 11:02 AM | 2 | Walsh, Hannah | $150,000.00 | | |
| SBA | MARIENA OIL TRUST | $150,000.00 | 2020-09-22 04:41 PM | 1 | Walsh, Hannah | $150,000.00 | | |
| SBA | CARTER OIL | $150,000.00 | 2020-09-24 12:11 AM | 6 | Walsh, Hannah | $150,000.00 | | |
| SBA | DAVIS OIL | $150,000.00 | 2020-12-01 11:00 PM | 1 | Walsh, Hannah | $150,000.00 | | |
| | | $900,000.00 | | 13 | | $900,000.00 | | |

TOTAL LOANS  $14,772,399.00

$7,818,167.00