UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) Case No: 1:21-CR-13/AW |
| v. | ) |
| | ) Gainesville, Florida |
| JEREMIE SAINTVIL, | ) September 16, 2021 |
| a/k/a "JEREMIE STVIL" | ) 8:20 a.m. |
| a/k/a "JEREMIE SAINT VIL" | ) |
| a/k/a "JEREMI STVIL" | ) |
| a/k/a "JEREMIE STVIL" | ) |
| | ) |
| Defendant. | ) |
| | ) |

**TRANSCRIPT OF THE JURY TRIAL – DAY 2**
**BEFORE THE HONORABLE ALLEN C. WINSOR**
**UNITED STATES DISTRICT JUDGE**
**(Pages 1 through 277)**

<u>APPEARANCES</u>:

For the Government:      U.S. Attorney's Office
                         by:  **JUSTIN M. KEEN** and **DAVID BYRON**
                         111 North Adams Street
                         Fourth Floor
                         Tallahassee, Florida 32301
                         (850) 942-8430
                         *justin.keen@usdoj.gov*


For the Defendant:       **JEREMIE SAINTVIL**, Pro Se

Standby Counsel:         Federal Public Defender's Office
                         by:  **DARREN J. JOHNSON**
                         101 SE Second Place
                         Suite 112
                         Gainesville, Florida 32601
                         (352) 373-5823
                         *darren_johnson@fd.org*

*Julie A. Wycoff, RMR, CRR*
*Official United States Court Reporter*
*(850) 470-8196 * julieawycoff@gmail.com*

1

2

3

4

5

6

7

8

9

10

11

12

13        THE COURT:  And, Mr. Keen, you can call the next

14   witness.

15        MR. KEEN:  The Government calls Jonel Hein.

16        **JONEL HEIN, GOVERNMENT WITNESS, DULY SWORN**

17        DEPUTY CLERK:  You may be seated.

18        Please remove your mask during testimony.  And for the

19   record, state your name and spell your last name.

20        THE WITNESS:  Jonel Hein, H-E-I-N.

21                    **DIRECT EXAMINATION**

22   BY MR. KEEN:

23   Q.   Good morning, Ms. Hein.

24   A.   Good morning.

25   Q.   Can you tell the jury where you work?

1    A.    I work for the U.S. Small Business Administration, the

2    North Florida district office.

3    Q.    And is that also known as the SBA?

4    A.    Correct.

5    Q.    And which particular part of the SBA do you work in?

6    A.    The Office of Field Operations.  So we're the marketing arm

7    of the agency.

8    Q.    And can you generally describe what the SBA does?

9    A.    Generally?

10   Q.    Very generally.

11   A.    Our mission is to assist businesses, help them get started

12   and help them expand and grow through a variety of our different

13   programs and services that we offer.

14   Q.    And is the goal in doing so to help the U.S. economy?

15   A.    Correct, yes, to help the businesses to grow, to generate

16   more revenues, obviously pay more taxes, and then also employ

17   more people.

18   Q.    And in doing so, does the SBA offer a number of grants and

19   loans?

20   A.    Yeah, we do have some grant programs and loan programs,

21   correct.

22   Q.    Now, in particular as a result of the coronavirus pandemic

23   last year, was there some federal laws that were enacted that

24   authorized the Small Business Administration to offer funding

25   known as the Paycheck Protection Program or PPP?

1   A.    Yeah, that came about because of the CARES Act that was

2   passed.

3   Q.    The CARES Act?

4   A.    March of 2020, yeah.

5   Q.    Did that initially approve about $349 billion in forgivable

6   loans to small businesses?

7   A.    Correct.

8   Q.    Was the idea behind that loan to help the businesses retain

9   employees and pay other qualified expenses?

10  A.    Yeah.  Predominantly, the money needed to be used on

11  payroll.  There was initially a 75/25 percent split on the

12  proceeds, and it was changed to 60/40.  But predominantly it was

13  for payroll.

14  Q.    And then in April of last year, did Congress authorize an

15  additional 300 billion for such purposes?

16  A.    Yes, because we ran out of the first initial 349 billion

17  very quickly.

18  Q.    I understand.  And in your role in the -- I think you

19  called it the marketing side of the SBA, what was your job as it

20  pertained to the PPP loans?

21  A.    Well, I was actually assigned to our South Florida district

22  office when it rolled out, and we were doing live events,

23  educational sessions, open office hours where people --

24  businesses, business owners could come and ask us questions to

25  clarify the interim final rules that we put out.

1    Q.    Interim final rules?

2    A.    Yeah, interim final rules.

3    Q.    Would it be fair to say that this was a loan program that

4    had a lot of rules and forms that needed to be complied with?

5    A.    Yes.

6    Q.    Was that also true for the lending -- the lenders, the

7    actual banks and credit unions that were going to participate in

8    the PPP loans?

9    A.    Yes.

10   Q.    Was part of the SBA's rollout of the SBA PPP loans to

11   educate not only the businesses but also the financial

12   institutions?

13   A.    Correct.  We had sessions for both.

14   Q.    When a business wanted to apply for a PPP loan, was there a

15   particular SBA form --

16   A.    Yes.

17   Q.    -- they had to use?

18   A.    Yes.  We had an application form for the borrower and for

19   the lender, correct.

20   Q.    And is the borrower form called a Form 2483?

21   A.    Yes.

22   Q.    Is that because that's the number stamped at the bottom of

23   the form?

24   A.    Correct.

25   Q.    Now, were business applicants for the PPP loans required to

1    certify certain things in order to be eligible?

2    A.    Yes.

3    Q.    Was one of the things they had to certify their average

4    monthly payroll expenses?

5    A.    Yes.  They had to provide that information.

6    Q.    What about the number of employees the business had?

7    A.    That was required also, yes.

8    Q.    What was the SBA's -- what did the SBA do with the numbers

9    of employees and the average monthly payroll that was reported

10   in the application?

11   A.    The interim final rule provided some information on how the

12   borrower could determine what their loan amount could be.  So

13   you took the average annual salary expense, divided it by 12 to

14   get your monthly salary expense, multiply that by 2.5, and that

15   was the amount that you could get.

16   Q.    So the business's average monthly salary payments to its

17   employees times --

18   A.    2.5, right.  We were basically giving them two and a half

19   months or ten weeks of salary expense.

20   Q.    Were the business applicants required to provide

21   documentation that justified that payroll expense that was

22   reported in the Form 2483?

23   A.    Yes, they were.

24   Q.    Was it also a requirement of the PPP loan program that the

25   business that was applying for the loan had to have been in

1   business as of February 15th of 2020?

2   A.   Correct.

3   Q.   So new businesses that were just starting up would not be

4   eligible; is that right?

5   A.   Correct.

6   Q.   Were the business loan applicants required to certify that

7   because of the economic uncertainty of the pandemic that they

8   needed the funds that they were requesting for continued

9   business operations?

10  A.   Yes, that's correct.

11  Q.   And would the business applicant also certify that they

12  were going to use the money from the loan for authorized

13  purposes?

14  A.   Yes, that was also a certification.

15  Q.   Can the businesses also use the PPP loan proceeds, in

16  addition to payroll, on interest for business mortgage, rent, or

17  utilities?

18  A.   Yes.   Those were other authorized categories.   Because we

19  were giving out ten weeks of payroll expenditure basically, the

20  basis of the loan, there was a covered period, which was the

21  time that the business had to expend the money, and that was

22  only eight weeks.   So there would be some money left over, and,

23  therefore, there were some additional categories added.

24  Q.   Okay.   Could the business use the money for an employee's

25  personal house mortgage?

1    A.    No, it would have to be a business expense.

2    Q.    Now, what was the end result of this PPP loan, the loan --

3    was there a set loan period?

4    A.    Well, the maturity.  Initially, it was a two-year maturity,

5    1 percent interest rate for two years.  And then it was changed

6    to a five-year maturity after the Paycheck Protection Program

7    Flexibility Act which happened in June of 2020.

8    Q.    Okay.  For this case, we're going to talk about prior to

9    June.

10   A.    Correct.

11   Q.    So they had --

12   A.    A two-year to maturity.

13   Q.    At 1 percent?

14   A.    At 1 percent.

15   Q.    And then what happened after the two years?

16   A.    Well, it was paid off after the two years.  It was

17   amortized over two years, but they had the ability to have the

18   loan forgiven.

19   Q.    The business owners?

20   A.    Mm-hmm.

21   Q.    Is that a yes?

22   A.    Yes, I'm sorry.

23   Q.    Okay.  And what would happen -- when could they have --

24   when could the business owner seek forgiveness?

25   A.    After the end of their covered period, as long as the

1    lender was taking the forgiveness application.

2    Q.   And was that something that would then be submitted from

3    the financial institution to the SBA?

4    A.   Correct.  The borrower submitted the forgiveness

5    application to the lender, the lender then sent it on to SBA for

6    final determination.

7    Q.   Prior to June of last year, was it required that at least

8    75 percent of the Paycheck Protection Program loan proceeds be

9    used on payroll?

10   A.   That is correct.

11   Q.   Had it changed after June?

12   A.   It had.

13   Q.   So if I'm understanding what you're saying, a borrower like

14   a business owner would go to a qualified or a participating bank

15   or credit union to initiate the loan process?

16   A.   Correct.  It didn't need to be a bank or credit union.  We

17   did allow fintech companies to assist with this program, savings

18   and loans -- really any borrower, any lender, as long as they

19   were willing to sign up for the program, we were willing to

20   accept them.

21   Q.   All right.  So lenders had to sign up to participate?

22   A.   Yes.  It had to be accessed through a lender, not directly

23   through SBA.

24   Q.   And, again, when the loan got funded, whose money was

25   actually funding the loan on the front end?

1   A.    It was the lender's money.

2   Q.    And was it -- would it be fair to say the SBA guaranteed

3   that loan a hundred percent?

4   A.    We did --

5   Q.    If the conditions were met?

6   A.    -- offer a hundred percent guarantee for those loans, yes.

7   Q.    In the course of the application process for the PPP loan,

8   did the lenders submit that data to the SBA?

9   A.    Yes.

10  Q.    Before the loan is funded?

11  A.    Yes.

12        MR. KEEN:  Showing the defendant Government's 50A.

13        We would tender Government 50A at this time.

14        THE DEFENDANT:  No objection.

15        THE COURT:  Okay.  50A's received.

16  (GOVERNMENT EXHIBIT 50A:  Received in evidence.)

17  BY MR. KEEN:

18  Q.    I'm showing you what's been marked as Government 50A.  Does

19  this diagram here show visually the process by which, in this

20  case a fraudulent loan application, would have made its way to

21  the lender and to the government and then back to the applicant?

22  A.    Yes.

23  Q.    Could you walk us through the process starting with Box 1?

24  A.    Sure, yeah.  So as I said, the loan had to be accessed

25  through one of our participant lenders.  So the application had

1    to be sent through a lender which would then go to the lender.

2    They would determine whether or not they wanted to go through

3    with the application.  Then they would send it on to the

4    government, which is the SBA.

5    Q.    Is this Box 2 now?

6    A.    Yes.

7    Q.    Okay.  And then what would happen then, the loan

8    application goes to the SBA, which I assume is the government

9    side of the --

10   A.    Correct, for final approval.  And then what we would do is

11   issue a loan number, an SBA loan number, and then that would be

12   transmitted back to the lender.

13   Q.    Is that Box 3?

14   A.    Box 3, right.  The lender then would take that information

15   and then they would initiate a note to the borrower and then

16   disburse the funding after that.

17   Q.    And is that Box 4?

18   A.    Correct.

19   Q.    Now, in the course of the loan application process, does

20   the SBA -- and probably also the lender, but does the SBA rely

21   on the accuracy of the data on the actual Form 2483?

22   A.    Yeah.  That was part of our interim final rule

23   requirements.

24   Q.    Now I'm going to show you what's already been admitted into

25   evidence Government's 18A6.  I show you the sticker.  And at the

1   top, can you tell us, is this the Borrower Application,

2   Form 2483, that you talked about earlier?

3   A.   That is the one that we rolled out when we first started

4   the program, yeah.

5   Q.   At the very bottom, it says, "SBA Form 2483;" is that

6   right?

7   A.   Correct.

8   Q.   What is the date in parentheses after that?

9   A.   That tells you it's the current edition of that particular

10  form.  So that would be the original application form we had for

11  the program.

12  Q.   As of April of 2020?

13  A.   April of 2020, correct.

14  Q.   Now, in this particular application, this one is in the

15  name of the business HEJ Holding, Inc.; is that right?

16  A.   Yes.

17  Q.   The applicant would have -- would they have had to have

18  included the business EIN or employer identification number?

19  A.   Or Social Security number, correct.  Yeah.

20  Q.   And underneath all this contact information, there's a box

21  with some numbers, and it looks like math is involved.

22  A.   Correct.  That's the calculation that I was mentioning.

23  They would take the average monthly payroll amount.

24  Q.   And in this case, is that the $63,680?

25  A.   And 92 cents.  Correct.

1    Q.    Multiply it by 2.5?

2    A.    Correct.

3    Q.    And that gets you $159,202.30?

4    A.    I can't do the math in my head, but if that's correct, yes,

5    it is.

6    Q.    In theory, whatever the number --

7    A.    In theory, yeah, it would be the loan amount.

8          THE COURT:   You-all both just need to make sure you're

9    not talking over one another for our court reporter.

10         MR. KEEN:   I'm sorry, I didn't mean to cut you off.

11         THE COURT:   That's fine.  Go ahead.

12   BY MR. KEEN:

13   Q.    And would this be the maximum loan amount that a borrower

14   could have obtained under the PPP program?

15   A.    With that average monthly payroll amount, correct.  The

16   actual maximum amount would have been $10 million.

17   Q.    Theoretically --

18   A.    Yes.

19   Q.    If a business had -- if you take 10 million, divided by two

20   and a half, that was the average they could have got, up to

21   10 million?

22   A.    Correct, that was the maximum.

23   Q.    But in order for the SBA to know whether a particular

24   applicant or how much a particular applicant was eligible to get

25   from the PPP program, you, as the SBA, needed to have a truthful

1    number in this box; is that correct?

2    A.    Correct.

3    Q.    For the average monthly payroll?

4    A.    Correct.

5    Q.    What about over here, the number of employees?  Was that a

6    number that the SBA used in determining eligibility for PPP

7    loans?

8    A.    Yes, it was.

9    Q.    And did the SBA rely on this number to be truthful in its

10   process?

11   A.    Yes, we did.

12   Q.    Underneath that where it says "Applicant Ownership," here

13   it says                          with a particular Social Security

14   number.  Did the SBA rely on truthful information about the

15   owner's information in evaluating a PPP loan application?

16   A.    Yes, we did.

17   Q.    Now, what about -- underneath all that data, there's a

18   bunch of questions.  What was the purpose of these things?

19   A.    To determine eligibility for the loan.

20   Q.    If the answer to some of these questions were yes versus

21   no, would that determine or affect the eligibility for a

22   particular loan?

23   A.    Yes, it would.

24   Q.    Going to page 2 of Exhibit 18A6, at the top there's a bunch

25   of certifications.  Do you see that?

1    A.    Correct.  Yes, I do.

2    Q.    Were these all certifications that were required based on

3    the CARES Act?

4    A.    Yes, it was.

5    Q.    Under Certifications on page 2, there's another set of

6    questions.  The first one, it says, "The applicant was in

7    operation on February 15th, 2020."  Was that related to what you

8    talked about earlier about the business having to have been in

9    operation --

10   A.    Correct.

11   Q.    -- on that date?

12   A.    This is the owner certifying that they were, yes, in

13   operation as of February 15th of 2020.

14   Q.    And then I believe the third one down on the Certification

15   on page 2 talked about funds are going to be used to retain

16   workers or maintain payroll or business mortgage expenses.  Is

17   that related to the rules that you talked about earlier?

18   A.    Correct, yeah.  Their certification is they were going to

19   use the PPP money for the eligible uses of proceeds that we had

20   in our interim final rule.

21   Q.    And then the second-to-last certification here, what was

22   this -- what is this about generally?

23   A.    That's the normal certification we have on all of our

24   applications that lets people know that if they do make false

25   statements or provide incorrect or ineligible information in

1   order to receive the funding that they would be, you know --

2   there were certain penalties that were going to be applied to

3   them.

4   Q.   And then down here under that, it's the signature.  Is that

5   supposed to be the signature of either the owner or its

6   authorized representative?

7   A.   Yes.

8   Q.   And in this particular example, this application that we

9   just discussed, 18A6, had the SBA known that this business, ███

10  ██████████████, was really a fictitious business, would that have

11  been a material fact that the SBA would have wanted to know?

12  A.   Yes.

13  Q.   And the same about the owner.  If, in fact, that person was

14  not the owner of that business on the application, is that

15  considered a material fact that the SBA relied on or would have

16  relied on for a PPP loan?

17  A.   Yes.

18  Q.   And is the same true about the average monthly payroll,

19  number of employees?

20  A.   Correct, yes.

21          MR. KEEN:  I have no further questions for this

22  witness.

23          THE COURT:  Okay, thank you.

24          Mr. Saintvil.

25

1                        **CROSS-EXAMINATION**

2    BY THE DEFENDANT:

3    Q.    Good afternoon.  I think it's still good morning.

4    A.    Hi.  How are you?

5    Q.    Okay.

6              THE COURT:  Just a minute.

7              DEPUTY CLERK:  It's off.

8              THE COURT:  I know it's off there.  Put it on the

9    HDMI.

10             Okay, go ahead, sir.  Thank you.

11   BY THE DEFENDANT:

12   Q.    During the process of the SBA loans, did the -- are you

13   familiar with the significant amount of fraud that took place

14   during this application process?

15   A.    I'm aware that there was fraud that happened, correct.

16   Q.    Would you be familiar with the states that had the highest

17   degree of fraud?

18   A.    I would not know that information.

19   Q.    The ideal portion of the application, is that something

20   that could be processed online?

21   A.    Yes.  That particular program, which was a direct loan from

22   SBA, could be processed online.

23   Q.    Could you give a brief description of what that would

24   consist of online?  Is it a very cumbersome process, or is it

25   just something that's quite simple?

1    A.    We actually marketed it as a simplified application

2    process.   It was a set of questions that had to be filled out by

3    the borrower and then submitted electronically to our Office of

4    Disaster Assistance.

5    Q.    So you literally could go through the application in what

6    average amount of time frame?

7    A.    I want to say that there was a listing on the application

8    online that said that -- what the time burden was.   We typically

9    put that on our applications.   I don't remember what it was, but

10   I know that from talking to other business owners, they said it

11   was relatively easy.   But then anywhere from 10 to 15 minutes,

12   depending on the data they had to get to answer the questions.

13   Q.    And because of that particular time frame, would you agree

14   that there was significant errors as well as fraudulent

15   activities?

16   A.    There was an opportunity for that I would say, yes.

17   Q.    And how would you distinguish between an application that

18   was fraudulent and an application that had honest mistakes or

19   errors?

20   A.    Well, I don't work in the Office of Disaster Assistance for

21   the SBA, so I never saw any of those applications.   I don't

22   process those, so I wouldn't be able to answer that question.

23   Q.    And based upon your professional experience, did you also

24   see a significant amount of fraud take place in the State of

25   Florida?

1  A.    Again, I don't process the loans, so I don't know exactly

2  how much fraud actually happened.  Again, my responsibility for

3  the SBA is to market the program.  So I was out there talking to

4  borrowers, letting them know that the programs existed and they

5  had the ability to apply.  But as far as knowing how much fraud,

6  I wouldn't know that.

7  Q.    My final question is as it relates to the individuals you

8  were marketing to.  Would you be familiar with the sections of

9  the country, in particular Florida, that participated most in

10  the program?

11  A.    Well, I know we were within, I want to say, the top five

12  states for the number of applications and approvals for both the

13  PPP and for the EIDL loan, the Economic Injury Disaster Loan.

14  So we had a significant number of people that were applying and

15  getting those proceeds.

16          THE DEFENDANT:  Thank you.  I have no further

17  questions, Your Honor.

18          THE COURT:  Thank you, Mr. Saintvil.

19          Any redirect?

20          MR. KEEN:  No redirect, Your Honor.

21          THE COURT:  Okay.  Ma'am, you can step down.

22          THE WITNESS:  Thank you.

23      (Witness excused.)

24          THE COURT:  Mr. Keen, you can call the Government's

25  next witness.

1

2

3

4

5

6

7

8

9

10

11        THE COURT:   Hope you all have a good evening.   We'll

12  see you at 8:10 tomorrow.   Court is adjourned.

13        *(Proceedings adjourned at 3:51 p.m.)*

14                    * * * * * * * *

15        I hereby certify that the foregoing is a true and correct
     transcript of the stenographically reported proceedings held in
16  the above-entitled matter, pursuant to the provisions of Section
     753, Title 28, United States Code.

17

18        *Julie A. Wycoff*                    6/14/22

19  Julie A. Wycoff, RMR, CRR            Date
     Official U.S. Court Reporter

20

21

22

23

24

25