IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**UNITED STATES OF AMERICA**

v.  Case No. 1:22-cr-24-AW-MAL

**PATRICK PARKER WALSH,**

  **Defendant.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING FINAL ORDER OF GARNISHMENT

The court has considered the magistrate judge's report and recommendation (ECF No. 50), to which there has been no objection. The court now adopts the report and recommendation and incorporates it into this order.

The government's motion for entry of final order of garnishment (ECF No. 49) is GRANTED. The clerk will enter judgment in garnishment against Garnishee TrustBank in the amount of $7,769.18. TrustBank is directed to issue a check in the amount of $7,769.18, payable to the "U.S. District Clerk of Court," with the notation "1:22cr24," and to send the check to: U.S. District Clerk of Court, Joseph Woodrow Hatchett United States Courthouse and Federal Building, 111 North Adams Street, 3rd Floor, Tallahassee, Florida, 32301.

The clerk will unseal the motion for writ of garnishment and the corresponding answer (ECF Nos. 43, 47).

1

SO ORDERED on October 24, 2023.

                                                 s/ *Allen Winsor*
                                                 United States District Judge