# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**UNITED STATES OF AMERICA,**

v.   Case No. 1:22-cr-24-AW-MAL

**PATRICK PARKER WALSH,**
    **Defendant.**
                 /

## JUDGMENT

Judgment in garnishment is entered against Garnishee TrustBank in the amount of $7,769.18.

                                      JESSICA J. LYUBLANOVITS
                                      CLERK OF COURT

<u>October 24, 2023</u>                     s/ KELLI MALU
Date                                   Deputy Clerk: Kelli Malu