Generated: Aug 6, 2026 2:41PM



# U.S. District Court

## Florida Northern - Gainesville

Receipt Date: Aug 6, 2026 2:41PM

PATRICK WALSH
17370 NE 75TH ST
WILLISTON, FL 32696

Rcpt. No: 100000781 Trans. Date: Aug 6, 2026 2:41PM Cashier ID: #KM (4138)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 700 | Criminal Debt | DFLN122CR000024 /001<br>PATRICK PARKER WALSH | 1 | 15000.00 | 15000.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| UNSC | Unscannable Check | #00001026 | 08/6/2026 | $15,000.00 |
| | | | Total Due Prior to Payment: | $15,000.00 |
| | | | Total Tendered: | $15,000.00 |
| | | | Total Cash Received: | $0.00 |

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.